# Exhibit "A"

File No.

## APPRAISAL OF



## LOCATED AT:

205 Rose Rd
West Nyack, NY  10994

## FOR:

Stacie & John Cervini
205 Rose Road
West Nyack, NY, 10994

## BORROWER:

Stacie & Eugene Cervini

## AS OF:

March 14, 2024

## BY:

Barry Laulicht

File No.

No AMC
Stacie & John Cervini
205 Rose Road
West Nyack, NY, 10994

File Number:

In accordance with your request, I have appraised the real property at:

205 Rose Rd
West Nyack, NY  10994

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   March 14, 2024                         is:

$690,000
Six Hundred Ninety Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Barry Laulicht

# Uniform Residential Appraisal Report

File No.

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | |
|---|---|---|
| Property Address 205 Rose Rd | City West Nyack | State NY  Zip Code 10994 |
| Borrower Stacie & Eugene Cervini | Owner of Public Record Stacie & Eugene Cervini | County Rockland |

Legal Description Section 64.15 block 1 lot 17

Assessor's Parcel # 64.15-1-17    Tax Year 2024    R.E. Taxes $ 17,900

Neighborhood Name West Nyack    Map Reference H B-14    Census Tract 0113.03

Occupant [X] Owner [ ] Tenant [ ] Vacant    Special Assessments $ 0    [ ] PUD    HOA $ 0    [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) private appraisal

Lender/Client Stacie & John Cervini    Address 205 Rose Road, West Nyack, NY 10994

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). The subject has not listed for sale within the past year.

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? [ ] Yes [ ] No    Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 85 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | Low 1 | | 2-4 Unit | 5 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | 350 Low 1 | | Multi-Family | 5 % |
| | | | | | | 1,750 High 250 | | Commercial | 5 % |
| | | | | | | 600 Pred. 55 | | Other | % |

Neighborhood Boundaries Rt 304 to the west, to the east is RT 303 to the north is Bardonia Rd to the south is Sickletown Rd.

Neighborhood Description The subject is located within the Town of Clarkstown in a residential neighborhood that is made up of homes that vary in both style and age. All municipal services are near by.

Market Conditions (including support for the above conclusions) Based on a review of all sales and listings that have taken place within the market area over the past 12 months the average marketing time appears to be between 1-3 months.

## SITE

Dimensions 125 x 215    Area 26875 sf    Shape rectangular    View N;Res;Res

Specific Zoning Classification Residential R22    Zoning Description Residential

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley none | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map # 36087C0178G    FEMA Map Date 03/03/2014

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

## IMPROVEMENTS

| GENERAL DESCRIPTION | | | FOUNDATION | | EXTERIOR DESCRIPTION | materials/condition | INTERIOR | materials/condition |
|---|---|---|---|---|---|---|---|---|
| Units [X] One [X] One with Accessory Unit | | | [ ] Concrete Slab [ ] Crawl Space | | Foundation Walls | concrete avg | Floors | hardwood good |
| # of Stories | | | [X] Full Basement [ ] Partial Basement | | Exterior Walls | vinyl good | Walls | sheetrock good |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | | Basement Area 2265.2000 sq. ft. | | Roof Surface | asphalt good | Trim/Finish | wood good |
| [X] Existing [ ] Proposed [ ] Under Const. | | | Basement Finish 80 % | | Gutters & Downspouts | aluminum good | Bath Floor | tile good |
| Design (Style) ranch | | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | double hung good | Bath Wainscot | tile good |
| Year Built 1971 | | | Evidence of [ ] Infestation | | Storm Sash/Insulated | yes good | Car Storage | [ ] None |
| Effective Age (Yrs) 5 | | | [ ] Dampness [ ] Settlement | | Screens | yes good | [X] Driveway | # of Cars 6 |
| Attic [ ] None | | | Heating [ ] FWA [ ] HWBB [ ] Radiant | | Amenities | | Driveway Surface asphalt | |
| [X] Drop Stair [ ] Stairs | | | [ ] Other Fuel gas | | [ ] Fireplace(s) # 0 [ ] Fence none | | [X] Garage | # of Cars 2 |
| [ ] Floor [ ] Scuttle | | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck patio [X] Porch rear | | [ ] Carport | # of Cars 0 |
| [ ] Finished [ ] Heated | | | [ ] Individual [ ] Other | | [ ] Pool none [ ] Other none | | [X] Att. [ ] Det. [ ] Built-in | |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe) | | | | | | | | |

Finished area **above** grade contains: 7 Rooms    3 Bedrooms    2.0 Bath(s)    2,268 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). porch,patio

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-updated-timeframe unknown;Bathrooms-updated-timeframe unknown;No functional or physical inadequacies noted.All utilities were on and functional at time of inspection.No external inadequacies noted.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe.

## Uniform Residential Appraisal Report

File No.

| | | | | | | |
|---|---|---|---|---|---|---|
| There are **3** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **655,000** to $ **725,000** . | | | | | | |
| There are **9** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **615,000** to $ **750,000** . | | | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 205 Rose Rd | 63 Rose Road | | 18 Richard Drive | | 45 East Street | |
| | West Nyack, NY 10994 | West Nyack, NY 10994 | | West Nyack, NY 10994 | | West Nyack, NY 10994 | |
| Proximity to Subject | | 0.71 miles NW | | 0.48 miles NE | | 0.16 miles SE | |
| Sale Price | $ | | $ 700,000 | | $ 680,000 | | $ 650,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 333.33 sq. ft. | | $ 270.16 sq. ft. | | $ 410.35 sq. ft. | |
| Data Source(s) | | MLS #6241251;DOM 9 | | MLS #6235169;DOM 12 | | MLS #6247119;DOM 71 | |
| Verification Source(s) | | assessor closed 6/15/23 | | assessor closed 6/2/23 | | assessor closed 10/23/23 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s06/23;c04/23 | 0 | s06/23;c04/23 | 0 | s10/23;c08/23 | 0 |
| Location | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 26875 sf | 10890 sf | +8,000 | 14810 sf | +5,500 | 31799 sf | -2,500 |
| View | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Design (Style) | DT1;ranch | DT2;raised ran | 0 | DT1;ranch | 0 | DT2;raised ran | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 53 | 54 | 0 | 66 | 0 | 61 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7  3  2.0 | 9  5  2.0 | 0 | 7  3  2.0 | 0 | 8  4  2.0 | 0 |
| Gross Living Area | 2,268 sq. ft. | 2,100 sq. ft. | +10,920 | 2,517 sq. ft. | -16,185 | 1,584 sq. ft. | +44,460 |
| Basement & Finished | 2265sf1812sfwo | 0sf | +10,000 | 1500sf1200sfwo | 0 | 0sf | +10,000 |
| Rooms Below Grade | 0rr2br1.0ba2o | 1rr0br0.0ba1o | +10,000 | 1rr0br0.0ba1o | +5,000 | | +10,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | gas hw C/Air | gas hw C/Air | | gas hw C/Air | | gas hw C/Air | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2ga6dw | 1gbi2dw | +5,000 | 1gd2dw | +5,000 | 1gbi2dw | +5,000 |
| Porch/Patio/Deck | Patio,Porch | Patio,Deck | 0 | Patio | +5,000 | Patio,Deck | 0 |
| F/P | None | None | | None | | None | |
| Pool | None | None | | None | | None | |
| Net Adjustment (Total) | | [X] +  [ ] - | $ 43,920 | [X] +  [ ] - | $ 4,315 | [X] +  [ ] - | $ 66,960 |
| Adjusted Sale Price | | Net Adj. 6.3% | | Net Adj. 0.6% | | Net Adj. 10.3% | |
| of Comparables | | Gross Adj. 6.3% | $ 743,920 | Gross Adj. 5.4% | $ 684,315 | Gross Adj. 11.1% | $ 716,960 |

**SALES COMPARISON APPROACH**

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS | MLS | MLS | MLS |
| Effective Date of Data Source(s) | 03/14/2024 | 03/14/2024 | 03/14/2024 | 03/14/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales  Comparable sales did not transfer in prior year. Plat map and flood map
were viewed by appraiser but were no available to attach to report.Typical land values in market area are 35% to 45%.

Summary of Sales Comparison Approach.  All comparables are located in the subject market area. Adjustments for living space made at $65.00
per sq ft.Comparable sales support & establish a value range of $684,315 to $716,960.Site adjustments made at 50 cents per sf
rounded to nearest 100.No adjust.made in report for bedroom count.This feature was considered in the living space adjustments made
in report.Greatest weight given to sale 2,3,4,and 5 due to similar location,appeal and room counts.

Indicated Value by Sales Comparison Approach $ **690,000**

**Indicated Value by: Sales Comparison Approach** $ 690,000    **Cost Approach (if developed)** $ 710,400    **Income Approach (if developed)** $ 0
Greatest weight in the report given to the sales comparison approach to value.

**RECONCILIATION**

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,
[ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required
inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **690,000**
as of  03/14/2024 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File No. _____

The intended User of this appraisal report is the Lender/Client . The intended user is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction,subject to the stated Scope of Work ,purpose of the appraisal,reporting requirements of this appraisal report form,and Definition of market value.No additional Intended Users are identified by the appraiser .

All utilities were on and functional at the time of inspection.

A review of every sale that has taken place within the market area over past 12months was done. Based on that review the  best comparable sales that were available were used within the report as a basis of comparison.

No adjustments made in report for actual age. Comparisons were based on economic age.

Adjustments of $10,000 full bath difference and $5,000 for a half bath difference.

The subjects living space was based on the appraisers measurements of the dwelling done at time of the inspection.

The subject on the basement level contains a legally permitted kitchen. There is full access from the basement area of the home to the upper level. The lower level is for family use only. It is not for rental income.

Over the past several yrs the subject has been rennovated on both in the interior and the exterior.

Int 87, The Palisades Pkwy,and RT 59 are all major roadways in the market area.Several comparables in the report are across these roadways in relation to the subjects location. The market areas are all similar.There is no difference in appeal as you cross these roadways.

**ADDITIONAL COMMENTS** *(left margin)*

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The site abstraction method was utilized to determine land value.

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ........................................... = $ | | | 275,000 |
| Source of cost data  Marshall + Swift | Dwelling | 2,268 Sq. Ft. @ $ 165.00 ........... = $ | | 374,220 |
| Quality rating from cost service  average    Effective date of cost data  current | base 2265 | Sq. Ft. @ $ 25.00 ........... = $ | | 56,625 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | porch,patio | | | 15,000 |
| Replacement cost figures were taken from the Marshall + Swift | Garage/Carport 485 | Sq. Ft. @ $ 30.00 ........... = $ | | 14,550 |
| Residential Cost handbook. It is very common in the market area | Total Estimate of Cost-New | ........... = $ | | 460,395 |
| for land value to exceed 30% of total value. | Less  50  Physical  $40,000  Functional  $0  External  $0 | Depreciation = $ ( | | 40,000) |
| | Depreciated Cost of Improvements ................................ = $ | | | 420,395 |
| | "As-is" Value of Site Improvements ................................ = $ | | | 15,000 |
| Estimated Remaining Economic Life (HUD and VA only)          55 Years | INDICATED VALUE BY COST APPROACH ...................... = $ | | | 710,400 |

**COST APPROACH** *(left margin)*

---

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ _____ | X Gross Rent Multiplier _____ | = $ _____ | Indicated Value by Income Approach _____ |

Summary of Income Approach (including support for market rent and GRM)

**INCOME** *(left margin)*

---

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project _____

| | | |
|---|---|---|
| Total number of phases _____ | Total number of units _____ | Total number of units sold _____ |
| Total number of units rented _____ | Total number of units for sale _____ | Data source(s) _____ |

Was the project created by the conversion of an existing building(s) into a PUD?    ☐ Yes  ☐ No    If Yes, date of conversion. _____

Does the project contain any multi-dwelling units?    ☐ Yes  ☐ No    Data source(s) _____

Are the units, common elements, and recreation facilities complete?    ☐ Yes  ☐ No    If No, describe the status of completion. _____

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes  ☐ No    If Yes, describe the rental terms and options. _____

Describe common elements and recreational facilities. _____

**PUD INFORMATION** *(left margin)*

---

# Uniform Residential Appraisal Report

File No.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.   The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.   The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.   The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.   The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.   The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File No.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1.  I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2.  I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3.  I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.  I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5.  I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.  I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7.  I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8.  I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9.  I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

# Uniform Residential Appraisal Report

File No.

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Barry Laulicht* | Signature _____ |
| Name Barry Laulicht | Name _____ |
| Company Name Barry Laulicht Appraisals | Company Name _____ |
| Company Address 27 Mirror Lake Road | Company Address _____ |
| Spring valley,NY 10977 | _____ |
| Telephone Number 914-954-7118 | Telephone Number _____ |
| Email Address blaulicht12000@yahoo.com | Email Address _____ |
| Date of Signature and Report 03/19/2024 | Date of Signature _____ |
| Effective Date of Appraisal 03/14/2024 | State Certification # _____ |
| State Certification # 45000007715 | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State NY | |
| Expiration Date of Certification or License 01/19/2025 | |

ADDRESS OF PROPERTY APPRAISED

205 Rose Rd

West Nyack, NY  10994

APPRAISED VALUE OF SUBJECT PROPERTY $   690,000

LENDER/CLIENT

Name No AMC

Company Name Stacie & John Cervini

Company Address 205 Rose Road

West Nyack, NY 10994

Email Address _____

SUBJECT PROPERTY

☐ Did not inspect subject property

☐ Did inspect exterior of subject property from street
   Date of Inspection _____

☐ Did inspect interior and exterior of subject property
   Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street

☐ Did inspect exterior of comparable sales from street
   Date of Inspection _____

# Uniform Residential Appraisal Report

File No.

| FEATURE | SUBJECT | | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|---|
| Address 205 Rose Rd West Nyack, NY 10994 | | | 5 Pipers Glen West Nyack, NY 10994 | | 17 Peach Street Nanuet, NY 10954 | | | |
| Proximity to Subject | | | 0.79 miles NW | | 0.43 miles SE | | | |
| Sale Price | $ | | | $ 652,000 | | $ 729,000 | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | | $ 341.72 sq. ft. | | $ 261.67 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | | mls #6247743;DOM 6 | | mls #6230709;DOM 87 | | | |
| Verification Source(s) | | | assessor closed 10/20/23 | | assessor closed 11/1/23 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | | ArmLth Conv;0 | | ArmLth Conv;0 | | | |
| Date of Sale/Time | | | s10/23;c08/23 | 0 | s11/23;c09/23 | 0 | | |
| Location | N;Res;Res | | N;Res;Res | | N;Res;Res | | | |
| Leasehold/Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | | | |
| Site | 26875 sf | | 14375 sf | +6,000 | 18731 sf | +4,000 | | |
| View | N;Res;Res | | N;Res;Res | | N;Res;Res | | | |
| Design (Style) | DT1;ranch | | DT2;raised ran | 0 | DT2;contemp | 0 | | |
| Quality of Construction | Q3 | | Q3 | | Q3 | | | |
| Actual Age | 53 | | 42 | 0 | 39 | 0 | | |
| Condition | C3 | | C3 | | C3 | | | |
| Above Grade Room Count | Total 7 Bdrms. 3 Baths 2.0 | | Total 8 Bdrms. 4 Baths 2.1 | -5,000 | Total 8 Bdrms. 4 Baths 2.1 | -5,000 | Total Bdrms. Baths | |
| Gross Living Area | 2,268 sq. ft. | | 1,908 sq. ft. | +23,400 | 2,786 sq. ft. | -33,670 | sq. ft. | |
| Basement & Finished Rooms Below Grade | 2265sf1812sfwo 0rr2br1.0ba2o | | 0sf | +10,000 +10,000 | 0sf | +10,000 +10,000 | | |
| Functional Utility | Average | | Average | | Average | | | |
| Heating/Cooling | gas hw C/Air | | gas hw C/Air | | gas hw C/Air | | | |
| Energy Efficient Items | none | | none | | none | | | |
| Garage/Carport | 2ga6dw | | 2gbi4dw | 0 | 3ga6dw | -5,000 | | |
| Porch/Patio/Deck | Patio,Porch | | Patio,Deck | 0 | Patio,Deck | 0 | | |
| F/P | None | | 1 F/P | -2,500 | 1 F/P | -2,500 | | |
| Pool | None | | None | | None | | | |
| Net Adjustment (Total) | | | [X] + [ ] - | $ 41,900 | [ ] + [X] - | $ 22,170 | [ ] + [ ] - | $ |
| Adjusted Sale Price of Comparables | | | Net Adj. 6.4% Gross Adj. 8.7% | $ 693,900 | Net Adj. -3.0% Gross Adj. 9.6% | $ 706,830 | Net Adj. % Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS | MLS | MLS | |
| Effective Date of Data Source(s) | 03/14/2024 | 03/14/2024 | 03/14/2024 | |

Summary of Sales Comparison Approach

*(SALES COMPARISON APPROACH — vertical label on left margin)*

## Uniform Appraisal Dataset Definitions

File No.

### Condition Ratings and Definitions

**C1**    The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**    The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**    The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**    The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**    The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**    The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**    Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**    Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**    Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**    Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**    Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**    Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**
**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**
**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following:  replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period.  Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

# Uniform Appraisal Dataset Definitions

File No.

## Abbreviations Used in Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---------|-----------|--------------------|---------|-----------|--------------------|
| ac | Acres | Area, Site | in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| AdjPrk | Adjacent to Park | Location | Lndfl | Landfill | Location |
| AdjPwr | Adjacent to Power Lines | Location | LtdSght | Limited Sight | View |
| A | Adverse | Location & View | Listing | Listing | Sale or Financing Concessions |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | MR | Mid-Rise Structure | Design(Style) |
| AT | Attached Structure | Design(Style) | Mtn | Mountain View | View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | N | Neutral | Location & View |
| br | Bedroom | Basement & Finished Rooms Below Grade | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| B | Beneficial | Location & View | op | Open | Garage/Carport |
| BsyRd | Busy Road | Location | o | Other | Basement & Finished Rooms Below Grade |
| cp | Carport | Garage/Carport | O | Other | Design(Style) |
| Cash | Cash | Sale or Financing Concessions | Prk | Park View | View |
| CtySky | City View Skyline View | View | Pstrl | Pastoral View | View |
| CtyStr | City Street View | View | PwrLn | Power Lines | View |
| Comm | Commercial Influence | Location | PubTrn | Public Transportation | Location |
| c | Contracted Date | Date of Sale/Time | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Conv | Conventional | Sale or Financing Concessions | Relo | Relocation Sale | Sale or Financing Concessions |
| cv | Covered | Garage/Carport | REO | REO Sale | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | Res | Residential | Location & View |
| DOM | Days On Market | Data Sources | RT | Row or Townhouse | Design(Style) |
| DT | Detached Structure | Design(Style) | RH | Rural Housing - USDA | Sale or Financing Concessions |
| dw | Driveway | Garage/Carport | SD | Semi-detached Structure | Design(Style) |
| Estate | Estate Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| e | Expiration Date | Date of Sale/Time | Short | Short Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions | sf | Square Feet | Area, Site, Basement |
| g | Garage | Garage/Carport | sqm | Square Meters | Area, Site, Basement |
| ga | Garage - Attached | Garage/Carport | Unk | Unknown | Date of Sale/Time |
| gbi | Garage - Built-in | Garage/Carport | VA | Veterans Administration | Sale or Financing Concessions |
| gd | Garage - Detached | Garage/Carport | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| GR | Garden Structure | Design(Style) | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| GlfCse | Golf Course | Location | WtrFr | Water Frontage | Location |
| Glfvw | Golf Course View | View | Wtr | Water View | View |
| HR | High Rise Structure | Design(Style) | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | Woods | Woods View | View |

## Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---------|-----------|--------------------|---------|-----------|--------------------|
|  |  |  |  |  |  |

| Borrower: Stacie & Eugene Cervini | | | File No.: | |
|---|---|---|---|---|
| Property Address: 205 Rose Rd | | | Case No.: | |
| City: West Nyack | State: NY | | | Zip: 10994 |
| Lender: Stacie & John Cervini | | | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: March 14, 2024
Appraised Value: $ 690,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

205 Rose Road

| | | |
|---|---|---|
| Borrower: Stacie & Eugene Cervini | | File No.: |
| Property Address: 205 Rose Rd | | Case No.: |
| City: West Nyack | State: NY | Zip: 10994 |
| Lender: Stacie & John Cervini | | |



**COMPARABLE SALE #1**

63 Rose Road
West Nyack, NY 10994
Sale Date: s06/23;c04/23
Sale Price: $ 700,000



**COMPARABLE SALE #2**

18 Richard Drive
West Nyack, NY 10994
Sale Date: s06/23;c04/23
Sale Price: $ 680,000



**COMPARABLE SALE #3**

45 East Street
West Nyack, NY 10994
Sale Date: s10/23;c08/23
Sale Price: $ 650,000

| | | |
|---|---|---|
| Borrower: Stacie & Eugene Cervini | | File No.: |
| Property Address: 205 Rose Rd | | Case No.: |
| City: West Nyack | State: NY | Zip: 10994 |
| Lender: Stacie & John Cervini | | |



**COMPARABLE SALE #4**

5 Pipers Glen
West Nyack, NY 10994
Sale Date: s10/23;c08/23
Sale Price: $ 652,000



**COMPARABLE SALE #5**

17 Peach Street
Nanuet, NY 10954
Sale Date: s11/23;c09/23
Sale Price: $ 729,000

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

**LOCATION MAP**

| Borrower: Stacie & Eugene Cervini | | File No.: | |
|---|---|---|---|
| Property Address: 205 Rose Rd | | Case No.: | |
| City: West Nyack | State: NY | | Zip: 10994 |
| Lender: Stacie & John Cervini | | | |

| Borrower: Stacie & Eugene Cervini | | File No.: | |
|---|---|---|---|
| Property Address: 205 Rose Rd | | Case No.: | |
| City: West Nyack | State: NY | | Zip: 10994 |
| Lender: Stacie & John Cervini | | | |

## LIA Administrators & Insurance Services

ASPEN

## APPRAISAL, VALUATION AND PROPERTY SERVICES
## PROFESSIONAL LIABILITY INSURANCE POLICY

### DECLARATIONS

**Aspen Specialty Insurance Company**

(Referred to below as the "Company")
590 Madison Avenue, 7th Floor
New York, NY 10022
877-245-3510

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 4/25/2023 | ASI006870-09 | ASI006870-08 |

THIS IS A **CLAIMS MADE** AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

| | | |
|---|---|---|
| 1. | Customer ID: 120584<br>Named Insured:<br>LAULICHT, BARRY<br>27 Mister Lake Road<br>Spring Valley, NY 10977 | THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE DEPARTMENT OF FINANCIAL SERVICES PERTAINING TO POLICY FORMS. |
| 2. | Policy Period: From:  04/30/2023    To:  04/30/2024<br>12:01 A.M. Standard Time at the address stated in 1 above. | |
| 3. | Deductible:    $1000          Each Claim | THE NAMED INSURED IS A MEMBER OF THE APPRAISERS LIABILITY INSURANCE TRUST PURCHASING GROUP. |
| 4. | Retroactive Date:    04/30/1993 | |
| 5. | Inception Date:    04/30/2015 | |
| 6. | Limits of Liability:    A.  $1,000,000      Each Claim<br>                                      B.  $2,000,000      Aggregate | |
| | Subpoena Response:        $5,000 Supplemental Payment Coverage<br>Pre-Claim Assistance:        $5,000 Supplemental Payment Coverage<br>Disciplinary Proceeding:    $7,500 Supplemental Payment Coverage<br>Loss of Earnings:        $500 per day Supplemental Payment Coverage | |

| 7. | Covered Professional Services (as defined in the Policy and/or by Endorsement): | | | |
|---|---|---|---|---|
| | Real Estate Appraisal and Valuation: | Yes [X] | No [ ] | |
| | Residential Property: | Yes [X] | No [ ] | |
| | Commercial Property: | Yes [ ] | No [X] | |
| | Bodily Injury and Property Damage Caused | | | |
| | During Appraisal Inspection ($100,000 Sub-Limit): | Yes [X] | No [ ] | (If "yes", added by endorsement) |
| | Right of Way Agent and Relocation: | Yes [ ] | No [X] | |
| | Machinery and Equipment Valuation: | Yes [ ] | No [X] | |
| | Personal Property Appraisal: | Yes [ ] | No [X] | (If "yes", added by endorsement) |
| | Real Estate Sales/Brokerage: | Yes [ ] | No [X] | (If "yes", added by endorsement) |

Aspen Specialty Insurance Company                    Page 1 of 2
LIA/00LS(04/09)_

File No.

********* **INVOICE** *********

File Number:

Borrower :            Stacie & Eugene Cervini

Invoice # :           122234
Order Date :          03/14/2024
Reference/Case # :
PO Number :

205 Rose Rd
West Nyack, NY  10994

|  | $ |  |
|  | $ |  |
|  | - - - - - - - - - - - - - |  |
| Invoice Total | $ | 250.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | ) |
| Deposit | ($ | 250.00 ) |
|  | - - - - - - - - - - - - - |  |
| Amount Due | $ | 0.00 |

Terms:   paid in full

Please Make Check Payable To:

Fed. I.D. #:

| Borrower: Stacie & Eugene Cervini | | File No.: | |
|---|---|---|---|
| Property Address: 205 Rose Rd | | Case No.: | |
| City: West Nyack | State: NY | | Zip: 10994 |
| Lender: Stacie & John Cervini | | | |



## USPAP ADDENDUM

File No.

| | |
|---|---|
| Borrower: | Stacie & Eugene Cervini |
| Property Address: | 205 Rose Rd |
| City: West Nyack | County: Rockland | State: NY | Zip Code: 10994 |
| Lender: | Stacie & John Cervini |

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 1-3 months

Based on a review of all sales and listings within the subjects market area it is my opinion that a reasonable exposure time for the subject is 1-3 months.

### Additional Certifications

[X] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### Additional Comments

**APPRAISER:**

Signature: *Barry Laulicht*
Name: Barry Laulicht
Date Signed: 03/19/2024
State Certification #: 45000007715
or State License #:
or Other (describe): _____ State #:
State: NY
Expiration Date of Certification or License: 01/19/2025
Effective Date of Appraisal: March 14, 2024

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
[ ] Did Not   [ ] Exterior-only from street   [ ] Interior and Exterior

**AERIAL MAP**

| | | |
|---|---|---|
| Borrower: Stacie & Eugene Cervini | File No.: | |
| Property Address: 205 Rose Rd | Case No.: | |
| City: West Nyack | State: NY | Zip: 10994 |
| Lender: Stacie & John Cervini | | |

