# Exhibit B

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2022 or tax year beginning _____, 20____, ending _____, 20____ <br> ▶ Go to *www.irs.gov/Form1120* for instructions and the latest information. | | | | **2022** |

| **A** Check if: | | Name | | | **B** Employer identification number |
|---|---|---|---|---|---|
| **1a** Consolidated return (attach form 851) ⬜ | TYPE OR PRINT | Grace Contracting & Development LLC | | | ▮▮▮▮6133 |
| **b** Life/nonlife consolidated return ⬜ | | Number, street, and room or suite no. If a P.O. box, see instructions STE 1W | | | **C** Date incorporated |
| **2** Personal holding co. (attach Sch. PH) ⬜ | | 200 East Erie | | | 05-06-2010 |
| **3** Personal service corp. (see instructions) ⬜ | | City or town, state or province, country and ZIP or foreign postal code | | | **D** Total assets (see instructions) |
| **4** Schedule M-3 attached ⬜ | | Blauvelt                NY      10913 | | | $        2,912,578 |

**E** Check if: **(1)** ⬜ Initial return  **(2)** ⬜ Final return  **(3)** ⬜ Name change  **(4)** ⬜ Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . . . . . . . . . | **1a** | 7,317,255 |
| | **b** | Returns and allowances . . . . . . . . . . . . . . . . . . | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . | **1c** | 7,317,255 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | **2** | 6,259,548 |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . | **3** | 1,057,707 |
| | **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . | **4** | |
| | **5** | Interest . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 2,540 |
| | **6** | Gross rents . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | **7** | Gross royalties . . . . . . . . . . . . . . . . . . . . . | **7** | |
| | **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . | **8** | |
| | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | **9** | (116,739) |
| | **10** | Other income (see instructions - attach statement) . . . . . . . Statement #1. | **10** | 10,953 |
| | **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . ▶ | **11** | 954,461 |

| | | | | |
|---|---|---|---:|---:|
| **Deductions (See instructions for limitations on deductions.)** | **12** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . | **12** | 38,400 |
| | **13** | Salaries and wages (less employment credits) . . . . . . . . . . . . | **13** | 485,994 |
| | **14** | Repairs and maintenance . . . . . . . . . . . . . . . . . . | **14** | 54,220 |
| | **15** | Bad debts . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| | **16** | Rents . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 57,000 |
| | **17** | Taxes and licenses . . . . . . . . . . . . . . Wks. Tax/Lic. | **17** | 47,120 |
| | **18** | Interest (see instructions) . . . . . . . . . . . . . . . . . . | **18** | 117,296 |
| | **19** | Charitable contributions . . . . . . . . . . . . . . . . . . | **19** | |
| | **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | **20** | 128,758 |
| | **21** | Depletion . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| | **22** | Advertising . . . . . . . . . . . . . . . . . . . . . . | **22** | 284 |
| | **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | **23** | |
| | **24** | Employee benefit programs . . . . . . . . . . . . . . . . . | **24** | |
| | **25** | Reserved for future use . . . . . . . . . . . . . . . . . . | **25** | |
| | **26** | Other deductions (attach statement) . . . . . . . . . . . Statement #5. | **26** | 511,877 |
| | **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . ▶ | **27** | 1,440,949 |
| | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . . | **28** | (486,488) |
| | **29a** | Net operating loss deduction (see instructions) . . . . . . **29a** | | |
| | **b** | Special deductions (Schedule C, line 24) . . . . . . . . **29b** | | |
| | **c** | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . | **29c** | |

| | | | | |
|---|---|---|---:|---:|
| **Tax, Refundable Credits, & Payments** | **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . | **30** | (486,488) |
| | **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . | **31** | 0 |
| | **32** | Reserved for future use . . . . . . . . . . . . . . . . . . | **32** | |
| | **33** | Total payments and credits (Schedule J, Part III, line 23) . . . . . . . . . | **33** | |
| | **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . ⬜ | **34** | |
| | **35** | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . | **35** | |
| | **36** | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . . . . . | **36** | |
| | **37** | Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded ▶ | **37** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ⬜ Yes ☒ No |
|---|---|---|---|
| | ▶ John Cervini <br> Signature of officer | Date | ▶ Owner <br> Title |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ⬜ if self-employed | PTIN |
|---|---|---|---|---|---|
| | David F OBrien CPA | | 10-23-2023 | | ▮▮▮▮▮ |
| | Firm's name     ▶ DF OBrien & Co | | | Firm's EIN ▶ ▮▮▮5383 | |
| | Firm's address ▶ 124 Little Falls Rd - Unit C-2 | | | Phone no. | |
| | Fairfield NJ 07004 | | | (862)505-1040 | |

For Paperwork Reduction Act Notice, see separate instructions.    EEA                                                                 Form **1120** (2022)

Form 1120 (2022)   Grace Contracting & Development LLC                    ▮6133    **Page 2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusiions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . | | | |

EEA                                                                                    Form **1120** (2022)

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ☐ | | |
| 2 | Income tax. See instructions | 2 | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | 0 |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | |
| g | Other (see instructions - attach statement) | 9g | |
| 10 | **Total.** Add lines 9a through 9g | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0 |

**Part II - Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |

**Part III - Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | 13 | |
| 14 | 2022 estimated tax payments | 14 | |
| 15 | 2022 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | 23 | |

EEA

Form **1120** (2022)

Form 1120 (2022)     **Grace Contracting & Development LLC**                                    6133        Page **4**

| **Schedule K** | **Other Information** (see instructions) | | |
|---|---|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:    **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) _____ | | |
| **2** | See the instructions and enter the: | | |
| **a** | Business activity code no.    236110 | | |
| **b** | Business activity    **Construction** | | |
| **c** | Product or service    **General Contractor** | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," enter name and EIN of the parent corporation _____ | | |
| **4** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . | X | |
| **5** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . | | X |
|  | If "Yes," complete (i) through (iv) below. | | |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . | | X |
|  | If "Yes," complete (i) through (iv) below. | | |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . | | X |
|  | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . | | X |
|  | For rules of attribution, see section 318.  If "Yes," enter: | | |
|  | **(a)** Percentage owned _____ and **(b)** Owner's country _____ | | |
|  | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 0 | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ☐ | | |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 1 | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions). . . ☐ | | |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ **124,792** | | |

EEA                                                                                            Form **1120** (2022)

| Form 1120 (2022) | Grace Contracting | 6133 | Page **5** |

| **Schedule K** | **Other Information** (continued from page 4) | | |

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year  . . $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . . . . | | X |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deducton is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions   $ _____ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year?  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions  . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . $ _____0_____ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage:  By Vote _____     By Value _____ | | |

EEA                                                                                              Form **1120** (2022)

Form 1120 (2022)   **Grace Contracting & Development LLC** ▮6133   Page **6**

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . | | 2,289,989 | | 467,596 |
| 2a | Trade notes and accounts receivable . . . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | Statement #8 | 287,170 | | 1,040,957 |
| 7 | Loans to shareholders . . . . . . . . . . | | 73,395 | | 427,637 |
| 8 | Mortgage and real estate loans . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . | 986,867 | | 1,064,980 | |
| b | Less accumulated depreciation . . . . . . . | ( 396,907 ) | 589,960 | ( 536,012 ) | 528,968 |
| 11a | Depletable assets . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . . . . | Statement #10 | | | 447,420 |
| 15 | Total assets . . . . . . . . . . . . . . . | | 3,240,514 | | 2,912,578 |

**Liabilities and Shareholders' Equity**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Accounts payable . . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | 245,575 | | 325,571 |
| 18 | Other current liabilities (attach statement) . . . . . | Statement #11 | 147,722 | | 137,770 |
| 19 | Loans from shareholders . . . . . . . . . . | | 5,620 | | 5,620 |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . . | | 255,853 | | 315,110 |
| 21 | Other liabilities (attach statement) . . . . . . . | Statement #12 | 1,996,496 | | 2,032,444 |
| 22 | Capital stock:   a Preferred stock . . . . . . . . | | | | |
| | **b** Common stock . . . . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . . . . . | | 91,323 | | 91,323 |
| 24 | Retained earnings-Appropriated (attach statement) . . . . | | | | |
| 25 | Retained earnings-Unappropriated . . . . . . . | | 497,925 | | 4,740 |
| 26 | Adjustments to shareholders' equity (attach statement) . . | | | | |
| 27 | Less cost of treasury stock . . . . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . . . . | | 3,240,514 | | 2,912,578 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . | (493,185) | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . . . . | | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains . . . . | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . . . . $ 32,394 | |
| a | Depreciation . . . . . . . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions . . . . $ 17,891 | | | _____ | |
| c | Travel and entertainment . . . $ 21,200 | | | | 32,394 |
| | _____ | 39,091 | 9 | Add lines 7 and 8 . . . . . . . . . | 32,394 |
| 6 | Add lines 1 through 5 . . . . . . . . . . . . | (454,094) | 10 | Income (page 1, line 28)-line 6 less line 9 | (486,488) |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year. . . . . . . . . . . | 497,925 | 5 | Distributions:   a Cash . . . . . . | |
| 2 | Net income (loss) per books . . . . . . . . . . | (493,185) | | b Stock . . . . . . | |
| 3 | Other increases (itemize): _____ | | | c Property . . . . . | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | _____ | | 7 | Add lines 5 and 6 . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . | 4,740 | 8 | Balance at end of year (line 4 less line 7) | 4,740 |

EEA                                                                                   Form **1120** (2022)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Grace Contracting & Development LLC | ▮6133 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 587,666 |
| **3** | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 1,019,426 |
| **4** | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . **Statement #7.** | **5** | 4,652,456 |
| **6** | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 6,259,548 |
| **7** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 6,259,548 |

**9a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.)  ► _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . ☐ Yes  ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Information Concerning Persons Owning the Corporation's Voting Stock**

► Attach to Form 1120.
► See instructions.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| Grace Contracting & Development LLC | ███ 6133 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| John Cervini | ███ 2143 | US | 100 |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.

Schedule G  (Form 1120) (Rev. 12-2011)

EEA

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| Grace Contracting & Development LLC | ███ 6133 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | John Cervini | ███ 2143 | 100 % | 100 % | % | 38,000 |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

Percent of stock owned columns: (d) Common, (e) Preferred

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 38,000 |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . | 3 | 38,000 |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

EEA

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)<br>Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172<br>**2022**<br>Attachment<br>Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Grace Contracting & Development | FORM 1120 | 6133 |

### Part I  Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 ... **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation  (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 26,310 |

### Part III  MACRS Depreciation  (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | 48,322 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

#### Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property #568 | | | | | | 51,765 |
| c 7-year property | | 3,214 | 7 | HY | 200 DB | 459 |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 1,902 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 128,758 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ... **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **4562** (2022)

Form 4562 (2022)    Grace Contracting    6133    Page **2**

| Part V | Listed Property | (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No   24b  If "Yes," is the evidence written?  ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| Trailers | 10-01-2018 | 100.0% | 34,447 | 34,447 | 5 | 200 DB-MQ | 1,902 | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1   . . . . **28** | | | | | | | 1,902 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . **29** | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person?. . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners   . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions   . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2022 tax year . . . . . . . . . . . . . . . . **43** | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . **44** | | | | | |

EEA                                                                                                                    Form **4562** (2022)

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**

**(Including Information on Listed Property)**

Attach to your tax return.

Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Grace Contracting & Development | 1125-A - 1 | ▮6133 |

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . . **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 50,446 |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . . . . | **17** | 1,215 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

### Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | 16,020 | 7 | HY | 200 DB | 2,289 |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| (a) Classification of property | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | **22** | 53,950 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2022)

EEA

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**

**(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))**

Attach to your tax return.

Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2022**

Attachment
Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| Grace Contracting & Development LLC | ████ 6133 |

| | | 1a |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions . . . . . . . . . . . | |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1b |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1c |

**Part I**  **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year** (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . | **7** | |
| | **Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below. | | |
| | **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below. | | |
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 11 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . | **9** | |

**Part II**  **Ordinary Gains and Losses** (see instructions)

| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| Leasehold Improvements | 07-01-2019 | 12-31-2022 | | 11,209 | 127,948 | (116,739) |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . | **12** | |
| **13** | Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . | **16** | |
| **17** | Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . | **17** | (116,739) |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions . . . . . . . . . . | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 . . . . . . . . . . . . . . . . . . . . | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2022)

EEA

| | **Federal Supporting Statements** | **2022** PG01 |
|---|---|---|
| Name(s) as shown on return | | Tax ID Number |
| Grace Contracting & Development LLC | | ███████6133 |

### Form 1120 - Line 10 - Other Income         Statement #1

| Description | Amount |
|---|---|
| Other | 10,953 |
| **Total** | **10,953** |

**PG01**
### Form 1120 - Line 26 - Other Deductions     Statement #5

| Description | Amount |
|---|---|
| Automobile and truck expenses | 93,337 |
| Bank charges | 12,788 |
| Computer | 46,330 |
| Dues and subscriptions | 4,497 |
| Education and training | 3,085 |
| Gifts | 1,140 |
| Building and Equipment Insurance | 6,451 |
| Liability Insurance | 30,002 |
| Other Insurance | 112,592 |
| Workers Comp Insurance | 5,616 |
| Internet | 141 |
| Legal and professional | 50,660 |
| Meals 50% limit | 21,201 |
| Miscellaneous | 14,657 |
| Office expense | 16,733 |
| Permits and fees | 5,992 |
| Postage/Shipping | 2,567 |
| Supplies | 22,182 |
| Telephone | 15,349 |
| Travel | 21,016 |
| Uniforms | 7,971 |
| Utilities | 17,570 |
| **Total** | **511,877** |

STATMENT.LD

| | **Federal Supporting Statements** | **2022**  **PG01** |
|---|---|---|
| Name(s) as shown on return | | Tax ID Number |

Grace Contracting & Development LLC                              ▮▮▮▮▮6133

## Schedule L - Line 6

Statement #8

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Loans Receivable | 12,300 | 908,803 |
| ERTC Receivable - 20 | 125,737 | |
| ERTC Receivable - 21 | 124,033 | 88,704 |
| Vehicle deposit | 25,000 | |
| Loan-Real Estate LLC | 100 | 22,450 |
| Prepaid Rent | | 21,000 |
| **Total** | **287,170** | **1,040,957** |

**PG01**

## Schedule L - Line 14

Statement #10

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Investment in RE | | 447,420 |
| **Total** | | **447,420** |

**PG01**

## Schedule L - Line 18

Statement #11

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Credit card payable | 105,974 | 95,433 |
| Corporate Taxes Paya | 5,336 | 5,336 |
| Payroll Taxes Payabl | 22,507 | 30,952 |
| Accrued Liabilities | 13,905 | 6,049 |
| **Total** | **147,722** | **137,770** |

**Federal Supporting Statements**                           **2022   PG01**

Name(s) as shown on return                                  Tax ID Number

Grace Contracting & Development LLC                          ████6133

### Schedule L - Line 21

Statement #12

| Description | Beg Of Year | End Of Year |
|---|---|---|
| EIDL Loan Payable | 1,996,496 | 2,032,444 |
| **Total** | **1,996,496** | **2,032,444** |

**PG01**

### Form 1125A - Line 5 - Other Cost

Statement #7

| Description | Amount |
|---|---|
| Depreciation | 53,950 |
| Payroll Taxes | 86,485 |
| Equipment Rentals | 72,436 |
| Subcontractors | 4,212,384 |
| Bond Insurance | 161,013 |
| Debris Removal | 21,817 |
| Other direct costs | 11,607 |
| Small Equipment | 32,764 |
| **Total** | **4,652,456** |

**PG01**

### Form 4562 - Line 19b

Statement #568

| Basis | RP | CV | Method | Deduction |
|---|---|---|---|---|
| 151,439 | 5 | HY | 200 DB | 30,288 |
| 94,569 | 5 | HY | 200 DB | 18,914 |
| 12,814 | 5 | HY | 200 DB | 2,563 |
| **Total** | | | | **51,765** |

STATMENT.LD