# Exhibit "C"

| American Land Title Association | ALTA Settlement Statement - Borrower/Buyer |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| File No./Escrow No.: 82461ITA21 | Insured Title Agency, LLC |
| Print Date & Time: 08/31/23 10:09 AM | ALTA Universal ID: |
| Officer/Escrow Officer: Lisa Vitale | 13029 West Linebaugh Ave, Ste 102 |
| Settlement Location: | Tampa, FL 33626 |
| Insured Title Agency | |
| 13029 West Linebaugh Ave., Suite 102 | |
| Tampa, FL 33626 | |

| | |
|---|---|
| Property Address: | 1003 Myrtle Road<br>Valrico, FL 33596 |
| Borrower: | 1003 Myrtle Estates LLC, a Florida limited liability company<br>200 East Erie Street, Suite 1W<br>Blauvelt, NY 10913 |
| Seller: | Andrew J Grim and McIver S Grim<br>519 Coker Springs Rd SW<br>Aiken, SC 29801 |
| Lender: | Conventus LLC, a California limited liability company, ISAOA/ATIMA, 111 Potrero Avenue, San Francisco, CA, 94103 |
| Loan Number: | |
| Settlement Date: | 08/31/2023 |
| Disbursement Date: | 08/30/2023 |
| Additional dates per state requirements: | |

| Description | Borrower/Buyer | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | $1,336,000.00 | |
| Deposit | | $65,000.00 |
| Loan Amount | | $2,913,800.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Property Taxes from 01/01/2023 to 08/31/2023 | | $5,156.79 |
| Lender credit refund for prepayment | | $12,000.00 |
| Lump sum wires released to seller per addendums | | $40,000.00 |
| County Property Taxes from 08/31/2023 to 12/31/2023 | $118.89 | |
| | | |
| **Loan Charges to Conventus LLC, a California limited liability company, ISAOA/ATIMA** | | |
| CONSTRUCTION HOLD | $2,913,800.00 | |
| Broker Fee | $43,707.00 | |
| Origination Fee | $43,707.00 | |
| Processing Fee | $1,500.00 | |
| Rehab Set Up | $650.00 | |
| Doc Redraw Fee | $800.00 | |
| Legal Fee | $1,788.50 | |

| Description | Borrower/Buyer | |
|---|---|---|
| | Debit | Credit |
| **Other Loan Charges** | | |
| Appraisal Fee | | |
| Credit Report | | |
| Flood Cert | | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Notary to Notary | $400.00 | |
| Title - Settlement Fee to Insured Title Agency | $650.00 | |
| Title - Survey (BUYER OBTAINING) | | |
| Title - Environmental End to Insured Title Agency | $75.00 | |
| Title - FL Form 9 to Insured Title Agency | $1,020.95 | |
| Title - Lender's Title Insurance($4,294.50) to Insured Title Agency | $4,294.50 | |
| Title - Construction End to Insured Title Agency | $75.00 | |
| Title - FL Navigational Form to Insured Title Agency | $1,020.95 | |
| Title Update & Endorsement Fee x14(draws) to Insured Title Agency | $1,750.00 | |
| Title- Lender's Title Insurance Simo Rate to Insured Title Agency | $350.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Electronic Recording Fee to Hillsborough County Clerk of the Circuit Court | $14.75 | |
| Recording Fee (Deed) to Hillsborough County Clerk of the Circuit Court | $35.50 | |
| Recording Fee (Mortgage) to Hillsborough County Clerk of the Circuit Court | $299.00 | |
| Transfer Tax to Hillsborough County Clerk of the Circuit Court | $16,025.90 | |
| LLC Affidavit to Hillsborough County Clerk of the Circuit Court | $61.00 | |
| | | |
| **Miscellaneous** | | |
| Reimbursement of wire costs x 10 to Insured Title Agency | $450.00 | |
| Capital Gains Credit per addendum 9- paid to sellers to Andrew & McIver Grimm | $2,400.00 | |
| | Borrower/Buyer | |
| | Debit | Credit |
| Subtotals | $4,370,993.94 | $3,035,956.79 |
| Due From Borrower | | $1,335,037.15 |
| Totals | $4,370,993.94 | $4,370,993.94 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Insured Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

1003 Myrtle Estates LLC,
a Florida limited liability company

By: Grace Contracting & Development LLC,
a New York limited liability company, Manager

Name: John R Cervini
Title: Managing Member

_____                        8.31.23
Lisa Vitale                                           Date

Copyright 2015 American Land Title Association
All rights reserved.

File # 82461ITA21
Printed on: 08/31/23 10:09 AM

| American Land Title Association | ALTA Settlement Statement - Seller |
| --- | --- |
| | Adopted 05-01-2015 |

| | |
| --- | --- |
| File No./Escrow No.: 82461ITA21 | Insured Title Agency, LLC |
| Print Date & Time: 08/31/23 3:31 PM | **ALTA Universal ID:** |
| Officer/Escrow Officer: Lisa Vitale | 13029 West Linebaugh Ave, Ste 102 |
| Settlement Location: | Tampa, FL 33626 |
| Insured Title Agency | |
| 13029 West Linebaugh Ave., Suite 102 | |
| Tampa, FL 33626 | |

| | |
| --- | --- |
| Property Address: | 1003 Myrtle Road |
| | Valrico, FL 33596 |
| Borrower: | 1003 Myrtle Estates LLC, a Florida limited liability company |
| | 200 East Erie Street, Suite 1W |
| | Blauvelt, NY 10913 |
| Seller: | Andrew J Grim and Mciver S Grim |
| | 519 Coker Springs Rd SW |
| | Aiken, SC 29801 |
| Lender: | Conventus LLC, a California limited liability company, ISAOA/ATIMA, 111 Potrero Avenue, San Francisco, CA, 94103 |
| Loan Number: | |
| Settlement Date: | 08/31/2023 |
| Disbursement Date: | 08/31/2023 |
| Additional dates per state requirements: | |

| Description | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | | $1,336,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Property Taxes from 01/01/2023 to 08/31/2023 | $5,156.79 | |
| Credit to buyer ( extension deposit) to be released to seller | $5,000.00 | |
| Credit to buyer ( extension deposit) to be released to seller | $5,000.00 | |
| Credit to buyer ( extension deposit) to be released to seller | $5,000.00 | |
| Credit to buyer ( extension deposit) to be released to seller | $5,000.00 | |
| Credit to buyer of previously released deposit per Addendum | $15,000.00 | |
| Credit to buyer of previously released deposit per Addendum | $20,000.00 | |
| Credit to buyer of previously released deposit per contract | $30,000.00 | |
| Credit to buyer ( extension deposit x3) to be released to seller | $20,000.00 | |
| County Property Taxes from 08/31/2023 to 12/31/2023 | | $118.89 |
| | | |
| **Other Loan Charges** | | |
| Appraisal Fee | | |
| Credit Report | | |
| Flood Cert | | |

| Description | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Abstract/Search to Stewart Title | $75.00 | |
| Title - Notary to Notary | $125.00 | |
| Title - Municipal Lien Search & updates to Title Update, LLC | $225.00 | |
| Title - Settlement Fee to Insured Title Agency | $595.00 | |
| Title - Survey (BUYER OBTAINING) | | |
| Title - Owner's Title Insurance($5,915.00) to Insured Title Agency | $5,915.00 | |
| Title- Update fees to Insured Title Agency | $190.00 | |
| | | |
| **Commission** | | |
| Real Estate Commission - Buyer's Realtor to Easy Street Realty | $33,400.00 | |
| Real Estate Commission - Seller's Realtor to Keller Williams Realty, Suburban Tampa | $33,400.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Electronic Recording Fee to Hillsborough County Clerk of the Circuit Court | $9.50 | |
| Transfer Tax to Hillsborough County Clerk of the Circuit Court | $9,345.00 | |
| Name Affidavit to Hillsborough County Clerk of the Circuit Court | $27.00 | |
| | | |
| **Payoff(s)** | | |
| Lender:    Payoff of First Mortgage Loan to Seacoast Bank | $342,463.15 | |
| Total ($342,463.15) | | |

| | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| **Subtotals** | $535,926.44 | $1,336,118.89 |
| Due To Seller | $800,192.45 | |
| **Totals** | $1,336,118.89 | $1,336,118.89 |

Copyright 2015 American Land Title Association.
All rights reserved.

Page 2 of 3

File # 82461ITA21
Printed on: 08/31/23 3:31 PM
Doc ID: de70090182230853c77a6f4422e1aa31a800d23e

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Insured Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    08 / 31 / 2023
Andrew J Grim                     Date

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    08 / 31 / 2023
Mciver S Grim                     Date

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    8.31.23
Lisa Vitale                       Date

Copyright 2015 American Land Title Association.
All rights reserved.

Page 3 of 3

File # 82461ITA21
Printed on: 08/31/23 3:31 PM
Doc ID: de70090182230853c77a6f4422e1aa31a800d23e

# Dropbox Sign

Audit trail

| | |
|---|---|
| Title | 1003 Myrtle |
| File name | ALTA Settlement S...ts - Seller's.PDF |
| Document ID | de70090182230853c77a6f4422e1aa31a800d23e |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — 08 / 31 / 2023  15:47:24 UTC-4
Sent for signature to Andrew Grim (hogo4@aol.com) and Mciver Grim (barrelito@aol.com) from corrine@insured-title.com
IP: 47.206.172.130

**VIEWED** — 08 / 31 / 2023  15:48:46 UTC-4
Viewed by Mciver Grim (barrelito@aol.com)
IP: 71.219.174.253

**SIGNED** — 08 / 31 / 2023  15:51:15 UTC-4
Signed by Mciver Grim (barrelito@aol.com)
IP: 71.219.174.253

**VIEWED** — 08 / 31 / 2023  15:55:53 UTC-4
Viewed by Andrew Grim (hogo4@aol.com)
IP: 71.219.174.253

**SIGNED** — 08 / 31 / 2023  15:56:28 UTC-4
Signed by Andrew Grim (hogo4@aol.com)
IP: 71.219.174.253

**COMPLETED** — 08 / 31 / 2023  15:56:28 UTC-4
The document has been completed.

Powered by Dropbox Sign