# Exhibit "D"

# Comparative Market Analysis



| Researched and prepared by | Subject Property |
|---|---|
| Nicholas Cuomo | 200 East Erie Street |
| | Orangetown, NY |
| Prepared exclusively for | 10913-1900 |
| John Cervini | |
| Prepared on | |
| March 20, 2024 | |



**Nicholas Cuomo**

Keller Williams Realty

69 Brookside Ave. Ste 225

Chester, NY 10918

845-519-8254

ncuomo87@kw.com

http://www.ibreatherealestate.com

"THIS ANALYSIS HAS NOT BEEN PERFORMED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE WHICH REQUIRE VALUERS TO ACT AS UNBIASED, DISINTERESTED THIRD PARTIES WITH IMPARTIALITY, OBJECTIVITY AND INDEPENDENCE AND WITHOUT ACCOMMODATION OF PERSONAL INTEREST. IT IS NOT TO BE CONSTRUED AS AN APPRAISAL AND MAY NOT BE USED AS SUCH FOR ANY PURPOSE."

# Comparative Market Analysis

200 East Erie Street
Orangetown, 10913

Wednesday, March 20, 2024

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Sold Listings

| Address | Price | Beds | Baths | SqFt Ttl | $/SqFt | Sold Date |
|---|---|---|---|---|---|---|
| 200 East Erie Street | | 0 | 0 | 5760 | 203.99 | |
| 206 Route 303 | $1,100,000 | | | 5,874 | $187.27 | 12/01/2022 |
| 144 Route 59 | $1,225,000 | | | 5,248 | $233.42 | 07/10/2023 |
| 86 Maple Avenue | $1,300,000 | | | 3,527 | $368.59 | 03/18/2024 |
| Averages: | $1,208,333 | | | 4,883 | $263.09 | |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $1,100,000 | $1,225,000 | $1,208,333 | $1,300,000 | 3 |
| **Adjusted Comparable Price** | $1,100,000 | $1,225,000 | $1,208,333 | $1,300,000 | 3 |

On Average, the 'Sold' status comparable listings sold in 19 days for $1,208,333

Researched and prepared by **Nicholas Cuomo**
Keller Williams Realty
© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

**200 East Erie Street**
Orangetown, 10913

Wednesday, March 20, 2024

## CMA Price Adjustments

This page outlines the subject property versus comparables properties.

  

| | **Subject Property** | **Details** | **Adjust** | **Details** | **Adjust** |
|---|---|---|---|---|---|
| | 200 East Erie Street | 206 Route 303 | | 144 Route 59 | |
| **MLS#** | | 6164782 | | 6231558 | |
| **List Price** | $1,150,000 | $1,249,000 | | $1,239,000 | |
| **Status** | Sold | Sold | | Sold | |
| **DOM** | 275 | 5 | | 13 | |
| **Post Office** | Blauvelt | Valley Cottage | | Airmont | |
| **County** | Rockland County | Rockland County | | Rockland County | |
| **City** | Orangetown | Clarkstown | | Ramapo | |
| **Zip** | 10913 | 10989 | | 10901 | |
| **School Dist** | South Orangetown | Nyack | | | |
| **Type** | Office | Office | | Office | |
| **Bed Total** | 0 | | | | |
| **Bath Total** | 0 | | | | |
| **Baths Full/Half** | 0 / 0 | | | | |
| **# Rooms** | | | | | |
| **Sq Ft Total** | 5760 | 5,874 | | 5,248 | |
| **Est. Ann. Taxes** | $42,206 | $47,250 | | $21,000 | |
| **$Prc/SqFt** | 203.99 | $187.27 | | $233.42 | |
| **Lot Sz Acres** | 0.47 | | | | |
| **Style** | | | | | |
| **Levels** | 2 | 2 | | 3 | |
| **Year Built** | 1999 | 1986 | | 1980 | |
| **Basement** | | | | | |
| **Attic** | | | | | |
| **Parking** | | Lot Parking | | Private Parking | |
| **Heat** | Forced Air, Hot Water | Forced Air | | Forced Air | |
| **Fuel** | Natural Gas | Natural Gas | | Natural Gas | |
| **A/C** | Central | Central | | Central | |
| **Water** | Municipal | Municipal | | Municipal | |
| **Sewer** | Municipal | Municipal | | Municipal | |
| **Sold Price** | $1,175,000 | $1,100,000 | | $1,225,000 | |
| **Sold Date** | 5/9/2022 | 12/01/2022 | | 07/10/2023 | |

| | Price | $1,100,000 | $1,225,000 |
|---|---|---|---|
| | **Total Adjustments** | $0 | $0 |
| | **Adjusted Price** | $1,100,000 | $1,225,000 |

Researched and prepared by **Nicholas Cuomo**
**Keller Williams Realty**

© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

200 East Erie Street
Orangetown, 10913

Wednesday, March 20, 2024

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.

 

| Subject Property | | Details | Adjust |
|---|---|---|---|
| 200 East Erie Street | | 86 Maple AV | |
| MLS# | | 6270100 | |
| List Price | $1,150,000 | $1,200,000 | |
| Status | Sold | Sold | |
| DOM | 275 | 40 | |
| Post Office | Blauvelt | New City | |
| County | Rockland County | Rockland County | |
| City | Orangetown | Clarkstown | |
| Zip | 10913 | 10956 | |
| School Dist | South Orangetown | Clarkstown | |
| Type | Office | Office | |
| Bed Total | 0 | | |
| Bath Total | 0 | | |
| Baths Full/Half | 0 / 0 | | |
| # Rooms | | | |
| Sq Ft Total | 5760 | 3,527 | |
| Est. Ann. Taxes | $42,206 | $27,035 | |
| $Prc/SqFt | 203.99 | $368.59 | |
| Lot Sz Acres | 0.47 | | |
| Style | | | |
| Levels | 2 | | |
| Year Built | 1999 | | |
| Basement | | | |
| Attic | | | |
| Parking | | | |
| Heat | Forced Air, Hot Water | Forced Air | |
| Fuel | Natural Gas | Natural Gas | |
| A/C | Central | Ductless | |
| Water | Municipal | Municipal | |
| Sewer | Municipal | | |
| Sold Price | $1,175,000 | $1,300,000 | |
| Sold Date | 5/9/2022 | 03/18/2024 | |

| | |
|---|---|
| Price | $1,300,000 |
| Total Adjustments | $0 |
| Adjusted Price | $1,300,000 |

Researched and prepared by **Nicholas Cuomo**
Keller Williams Realty
© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

200 East Erie Street
Orangetown, 10913

Wednesday, March 20, 2024

## Minimums and Maximums
This page summarizes key fields of the listings in this analysis.

**The listings in this analysis can be summarized as follows:**

Listing Price between $1,200,000 and $1,249,000

Selling Price between $1,100,000 and $1,300,000

3,527 to 5,874 Square Feet

$212.63 to $340.23 per Square Foot

$187.27 to $368.59 per Sold Square Foot

Year Built between 1980 and 1986

Researched and prepared by **Nicholas Cuomo**
Keller Williams Realty
© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

200 East Erie Street
Orangetown, 10913

Wednesday, March 20, 2024

## List Price and Sale Price

This graph illustrates the list price, along with sale price in Sold listings.



Researched and prepared by **Nicholas Cuomo**
Keller Williams Realty
© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

**200 East Erie Street**
**Orangetown, 10913**

Wednesday, March 20, 2024

## Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Sold

| MLS# | Stat Date | Address | Prop Sub Type | Ttl Sqft | Bds | Bth | L/S Price | DOM |
|---|---|---|---|---|---|---|---|---|
| 6164782 | 12/01/2022 | 206 Route 303 | Office | 5,874 | | | $1,100,000 | 5 |
| 6231558 | 07/10/2023 | 144 Route 59 | Office | 5,248 | | | $1,225,000 | 13 |
| 6270100 | 03/18/2024 | 86 Maple AV | Office | 3,527 | | | $1,300,000 | 40 |
| **Averages:** | | | | **4,883** | | | **$1,208,333** | **19** |

### Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg DOM |
|---|---|---|---|---|---|---|---|
| ACTIVE | | | | | | | |
| CONTRACT | | | | | | | |
| Temp. Off Mrkt | | | | | | | |
| Off Market | | | | | | | |
| SOLD | 3 | $1,208,333 | $263.09 | $1,225,000 | $1,100,000 | $1,300,000 | 19 |
| RENTED | | | | | | | |
| EXPIRED | | | | | | | |
| **Total** | **3** | **$1,208,333** | **$263.09** | **$1,225,000** | **$1,100,000** | **$1,300,000** | **19** |

Researched and prepared by Nicholas Cuomo
Keller Williams Realty
© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

Wednesday, March 20, 2024

## CMA Pro Report

These pages give a general overview of the selected properties.

### Sold Properties

#### 206 Route 303



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MLS #:** | 6164782 | **Status:** | Sold | **Beds:** | | **L Price:** | $1,249,000 |
| **Post Ofc:** | Valley Cottage | | | **Baths:** | (0 0) | **S Price:** | $1,100,000 |
| **County:** | Rockland County | | | **Yr Blt:** | 1986 | **S Date:** | 12/1/2022 |
| **Type:** | Office | | | **Sqft:** | 5,874 | **DOM:** | 5 |
| **Style:** | | | | **Lot Sz:** | | | |
| **Parking:** | Lot Parking | | | | | | |

**Rmks:** 6560 total sf of clean and bright office space with off-street parking located in Valley Cottage at a signalized intersection. 2624 sf lower level office space is currently occupied by Highland Medical (ACC) But will be delivered vacant. 3250 sf upper level is currently occupied by Highland Medical (FPAR) but will be vacant at closing and consists of 1 large open room (used as a waiting room), 4 offices, 5+ exam rooms, a kitchenette, and 2 1/2 baths. Great opportunity for owner/investor to move your business/practice in the next year and collect rent from the other level. Come see the possibilities for yourself! Natural Gas-fired HVAC with Central Air. Plenty of private parking.

#### 144 Route 59



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MLS #:** | 6231558 | **Status:** | Sold | **Beds:** | | **L Price:** | $1,239,000 |
| **Post Ofc:** | Airmont | | | **Baths:** | (0 0) | **S Price:** | $1,225,000 |
| **County:** | Rockland County | | | **Yr Blt:** | 1980 | **S Date:** | 7/10/2023 |
| **Type:** | Office | | | **Sqft:** | 5,248 | **DOM:** | 13 |
| **Style:** | | | | **Lot Sz:** | | | |
| **Parking:** | Private Parking | | | | | | |

**Rmks:** A Small Professional Office Building on Route 59 right off the thruway in the Hot Airmont area.
Suite of Approx. 500 Sq, Ft, is Becoming Vacant it could be owner occupied or Rented

#### 86 Maple AV



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MLS #:** | 6270100 | **Status:** | Sold | **Beds:** | | **L Price:** | $1,200,000 |
| **Post Ofc:** | New City | | | **Baths:** | (0 0) | **S Price:** | $1,300,000 |
| **County:** | Rockland County | | | **Yr Blt:** | | **S Date:** | 3/18/2024 |
| **Type:** | Office | | | **Sqft:** | 3,527 | **DOM:** | 40 |
| **Style:** | | | | **Lot Sz:** | | | |
| **Parking:** | | | | | | | |

**Rmks:** Approx 3,527 sq.ft. prior Adult Day Care facility on .34 acre in the PRIME Location in the heart of the Downtown New City. Featuring a large common area rec room, Kitchen, 8 private office, 4 bathrooms and 27 parking spaces this property is zoned H2 and has a broad range of development and use potential.

© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

Wednesday, March 20, 2024

## CMA Pro Report

These pages give a general overview of the selected properties.

### Sold Properties

| | |
|---|---|
| Total # of Listings | 3 |
| Lowest Price | $1,100,000 |
| Highest Price | $1,300,000 |
| Average Price | $1,208,333 |
| Avg. Price/SqFt | $263.09 |
| Avg DOM | 19 |



Researched and prepared by

© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

Wednesday, March 20, 2024

## CMA Pro Report

These pages give a general overview of the selected properties.



## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Sold | $1,100,000 | $1,300,000 | $1,208,333 | $263.09 |
| **Totals / Averages** | **$1,100,000** | **$1,300,000** | **$1,208,333** | **$263.09** |

## Sold Property Analysis

| Address | List Price | Sold Price | DOM | %SP/LP | SP/Sqft |
|---|---|---|---|---|---|
| 206 Route 303 | $1,249,000 | $1,100,000 | 5 | %88.07 | $187.27 |
| 144 Route 59 | $1,239,000 | $1,225,000 | 13 | %98.87 | $233.42 |
| 86 Maple Avenue | $1,200,000 | $1,300,000 | 40 | %108.33 | $368.59 |
| **Total Averages** | **$1,229,333** | **$1,208,333** | **19** | **%98.42** | **$263.09** |

## Property Summary

| S | Street Address | Bds | Bth | Sqft | L Price | S Price | Sold Date | DOM |
|---|---|---|---|---|---|---|---|---|
| **Sold** | | | | | | | | |
| S | 206 Route 303 | | | 5,874 | $1,249,000 | $1,100,000 | 12/01/2022 | 5 |

Researched and prepared by

© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

Wednesday, March 20, 2024

## CMA Pro Report

These pages give a general overview of the selected properties.

| S | Street Address | Bds | Bth | Sqft | L Price | S Price | Sold Date | DOM |
|---|---|---|---|---|---|---|---|---|
| S | 144 Route 59 | | | 5,248 | $1,239,000 | $1,225,000 | 07/10/2023 | 13 |
| S | 86 Maple Avenue | | | 3,527 | $1,200,000 | $1,300,000 | 03/18/2024 | 40 |

Researched and prepared by

© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis

200 East Erie Street
Orangetown, 10913

Wednesday, March 20, 2024

## Pricing Recommendation

This page suggests a recommended selling price based on a thorough analysis of your property.

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for : **$1,225,000.00**

Researched and prepared by **Nicholas Cuomo**
Keller Williams Realty
© 2024 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

Nicholas Cuomo
ncuomo87@kw.com

**Subject Property: 200 East Erie Street, Orangetown**                                March 20, 2024

# CMA Map Layout
Map for the CMA Subject with Comparables



| | 200 East Erie Street , Orangetown, 10913 | | Beds 0 | Baths 0 | Sq.Ft. 5760 |

| | Address | Price | Date | Beds | Baths | Sq.Ft. |
|---|---|---|---|---|---|---|
| 1 | 86 Maple AV | $1,300,000 | 3/18/24 | | | 3,527 |
| 2 | 144 Route 59 | $1,225,000 | 7/10/23 | | | 5,248 |
| 3 | 206 Route 303 | $1,100,000 | 12/1/22 | | | 5,874 |