Exhibit "E"



VALUATION WORKBOOK

# 226 Isabella Ave, Irvington, NJ 07111





Presented by

## Carlos M Turner | CRS

New Jersey Real Estate License: 0737887
File ID: 226 Isabella Ave, Irvington, NJ 07111

Work: (908) 233-9292 | Mobile: (908) 230-5547 | Office: (908) 233-9292 |
Fax: (908) 233-9902

Main: carlosturn@gmail.com

**RE/MAX Select**
137 Elmer St
Westfield, NJ 07090


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

**Valuation Workbook** Real Estate   Pg 3 of 48

# 226 Isabella Ave, Irvington, NJ 07111

Listing Date: –
MLS Name: –
MLS Listing ID: –



Legend:  Subject Property

---

**Off Market** • *Sold Date: 4/13/2020, Public Record*

Result of Sales Comparison Analysis

## $291,400 (or $147 / sq ft)

Last Analysis Update: 3/19/2024

## $250K – $360K
(or $126 – $182 / sq ft)

......................................................

Number of Comps Chosen

**5**

......................................................

Comps Range

## $250K – $360K

---

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | **Rc Real Estate Development** |
| Mailing Address | **119 Rockland Ctr # 118 Nanuet NY 10954-2956** |
| Vesting | **Company/Corporation** |




# 226 Isabella Ave, Irvington, NJ 07111

Listing Date: –
MLS Name: –
MLS Listing ID: –

## Home Facts

| | Public Facts | Listing Facts | Refinements |
|---|---|---|---|
| Sale/Finance Concession | – | – | – |
| Property Type | **Multifamily/Multiplex** | – | **Multifamily/Multiplex** |
| Property Subtype | **Duplex (2 units** | – | **Duplex** |
| Total Rooms | – | – | 9 |
| Total Rooms Above Grade | – | – | 9 |
| Bedrooms | – | – | 4 |
| Bedrooms Above Grade | – | – | 4 |
| Building Size sq ft range (low) | – | – | – |
| Building Size sq ft range (high) | – | – | – |
| Total Baths | – | – | 2.1 |
| Total Baths Above Grade | – | – | 2.0 |
| Full Baths | – | – | 2 |
| Full Baths Above Grade | – | – | 2 |
| Partial Baths | – | – | 1 |
| Partial Baths Above Grade | – | – | 0 |
| Living Area (sq ft) | **1,694** | – | **1,977** |
| Building Area (sq ft) | **1,694** | – | **1,977** |
| Living Area Above Grade (sq ft) | – | – | – |
| Basement (sq ft) | – | – | – |
| Finished Rooms Below Grade | – | – | – |
| Lot Size | **3,398 sq ft** | – | **3,400 sq ft** |
| Lot Dimensions | **3398 SF** | – | **3400** |
| Garage | – | – | **Yes** |
| Garage (sq ft) | – | – | **486** |
| Pool | – | – | **No** |
| Location | – | – | **Urban** |
| Tenure | – | – | **Fee Simple** |
| View | – | – | **Neutral** |
| View Factors | – | – | **Residential** |
| Style | – | – | **2 Family** |
| Quality of Construction | – | – | **Q1** |
| Year Built | **1926** | – | **1926** |
| Age | **98** | – | **98** |
| Condition | – | – | **C1** |
| Functional Utility | – | – | **Equal** |
| Heating Features | – | – | **HWBB/Steam** |
| Cooling Features | – | – | **None** |
| Energy Efficient Items | – | – | **None** |
| Porch/Patio/Deck | – | – | **None** |
| Roofing Features | – | – | – |
| Fireplaces | – | – | – |
| Basement Features | – | – | – |
| Foundation Features | – | – | – |
| Construction Features | – | – | – |
| Exterior Wall Features | – | – | – |
| Number of Buildings | – | – | – |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.





File ID: 226 Isabella Ave, Irvington, NJ 07111

| Number of Units | 2 | – | 2 |
|---|---|---|---|
| Number of Stories | 2 | – | 2 |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

# Property History

## Legal Description

| | |
|---|---|
| **APN:** | 09 00065-0000-00018 |
| **Tax ID:** | 04008100 |
| **Zoning:** | – |
| **Abbreviated Description:** | LOT:18 BLK:65 DIST:09 CITY/MUNI/TWP:IRVINGTON TWP |
| **Census Tract:** | 340130125.001008 |
| **City/Municipality/Township:** | IRVINGTON TWP |

## Tax and Assessed Values

| Date | Improvements | | Land | | Total | Tax |
|---|---|---|---|---|---|---|
| 2022 | $91,500 | + | $21,800 | = | $113,300 | – |
| 2021 | $91,500 | + | $21,800 | = | $113,300 | $6,774 |
| 2020 | $91,500 | + | $21,800 | = | $113,300 | $6,771 |
| 2019 | $91,500 | + | $21,800 | = | $113,300 | $6,587 |
| 2018 | $91,500 | + | $21,800 | = | $113,300 | $6,459 |
| 2017 | $91,500 | + | $21,800 | = | $113,300 | $6,430 |
| 2016 | $91,500 | + | $21,800 | = | $113,300 | $6,290 |
| 2015 | $91,500 | + | $21,800 | = | $113,300 | $6,144 |
| 2014 | $91,500 | + | $21,800 | = | $113,300 | $6,182 |
| 2013 | $107,900 | + | $130,100 | = | $238,000 | $8,354 |
| 2012 | $107,900 | + | $130,100 | = | $238,000 | $8,090 |
| 2011 | $107,900 | + | $130,100 | = | $238,000 | $7,909 |
| 2008 | $107,900 | + | $130,100 | = | $238,000 | – |
| 2005 | $12,900 | + | $5,100 | = | $18,000 | – |

 RPR®

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


3/19/2024

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public Record and Listing data

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## Aerial Map



Legend:  Subject Property

## Birdseye Map



Legend:  Subject Property

 RPR®

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## Sales Comparables Analysis Summary

**Result of Sales Comparison Analysis**
**$291,400** (or $147 / sq ft)
Last Analysis Update: 3/19/2024
**$250K – $360K**
(or $126 – $182 / sq ft)

**Number of Comps Chosen**
**5**

**Comps Range**
**$250K – $360K**

## Current Range of Comparable Homes

Compares the estimated value of the subject property with the comps selected in the Sales Comparison Analysis.

**Comps:**

- Subject Property (Appraisal Price)
- For Sale (List Price)
- Pending (List Price)
- Recently Closed (Closed Price)
- Distressed (List Price)
- Pending Distressed (List Price)
- Off Market (Estimate)

## Historical Range of Comparable Homes

Compares the estimated value of the subject property with the highest, median and lowest comps selected in the Sales Comparison Analysis.

- Subject Property Estimated Value



 RPR

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

**RE/MAX SELECT** | Real Estate

## Comps and Adjustments Map

### 226 Isabella Ave, Irvington, NJ 07111

Closed
- *Sold Date: 4/13/2020*
- *Public Record*



Price: **$291,400**

4 bed
2.1 bath
1,977 sq ft

---

### 179 Isabella Ave, Irvington, NJ 07111

1   Closed
- *Sold Date: 11/8/2023*
- *Public Record*



Price: **$275,000**

– bed
– bath
1,824 sq ft

---

### 268 Vermont Ave, Irvington, NJ 07111

2   Closed
- *Sold Date: 12/8/2023*
- *MLS Listing 3857646: 8/2/2023*



Price: **$360,000**

5 bed
3.0 bath
2,256 sq ft



### 100 Melrose Ave, Irvington, NJ 07111

3   Closed
- *Sold Date: 1/30/2024*
- *Public Record*



Price: **$257,000**

– bed
– bath
2,084 sq ft

---

### 308 Myrtle Ave, Irvington, NJ 07111

4   Closed
- *Sold Date: 2/13/2024*
- *Public Record*



Price: **$315,000**

– bed
– bath
2,356 sq ft

---

### 233 Myrtle Ave, Irvington, NJ 07111

5   Closed
- *Sold Date: 9/22/2023*
- *Public Record*



Price: **$250,000**

– bed
– bath
2,596 sq ft

 **RPR**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 

3/19/2024

## Comps Selected In Analysis

  

| | | | |
|---|---|---|---|
| Address | 226 Isabella Ave Irvington, NJ 07111 | 179 Isabella Ave Irvington, NJ 07111 | 268 Vermont Ave Irvington, NJ 07111 |
| Status | Subject Property | 1 Closed | 2 Closed |
| MLS Name | – | – | Garden State MLS |
| MLS Listing ID | – | – | 3857646 |
| Proximity | | .12 Mi. N | .14 Mi. SW |
| Value | $291,400 | $275,000 | $360,000 |
| Price Per Sq. Ft. | $147 | $151 | $160 |
| Sale/Finance Concession | – | – | – |
| Property Type | Multifamily/Multiplex | Multifamily/Multiplex | Multifamily/Multiplex |
| Property Subtype | Duplex | Duplex (2 units) | Multi-Family |
| Total Rooms | 9 | – | 11 |
| Total Rooms Above Grade | 9 | – | – |
| Bedrooms | 4 | – | 5 |
| Bedrooms Above Grade | 4 | – | – |
| Building Size sq ft range (low) | – | – | – |
| Building Size sq ft range (high) | – | – | – |
| Total Baths | 2.1 | – | 3.0 |
| Total Baths Above Grade | 2.0 | – | – |
| Full Baths | 2 | – | 3 |
| Full Baths Above Grade | 2 | – | – |
| Partial Baths | 1 | – | – |
| Partial Baths Above Grade | 0 | – | – |
| Living Area (sq ft) | 1,977 | 1,824 | 2,256 |
| Building Area (sq ft) | 1,977 | 1,824 | 2,256 |
| Living Area Above Grade (sq ft) | – | – | – |
| Basement (sq ft) | – | – | – |
| Finished Rooms Below Grade | – | – | – |
| Lot Size | 3,400 sq ft | 3,746 sq ft | 3,484 sq ft |
| Lot Dimensions | 3400 | 3746 SF | 34.37 X 100 |
| Garage | Yes | – | Detached Garage |
| Garage (sq ft) | 486 | – | – |
| Pool | No | – | – |
| Location | Urban | – | – |
| Tenure | Fee Simple | – | – |
| View | Neutral | – | – |
| View Factors | Residential | – | – |
| Style | 2 Family | – | Three Story |

RPR    Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    3/19/2024

## Comps Selected In Analysis

  

| | Subject Property | 1 Closed | 2 Closed |
|---|---|---|---|
| Address | 226 Isabella Ave Irvington, NJ 07111 | 179 Isabella Ave Irvington, NJ 07111 | 268 Vermont Ave Irvington, NJ 07111 |
| Status | Subject Property | Closed | Closed |
| Quality of Construction | Q1 | – | – |
| Year Built | 1926 | 1924 | 1927 |
| Age | 98 | 100 | 97 |
| Condition | C1 | – | – |
| Functional Utility | Equal | – | – |
| Heating Features | HWBB/Steam | – | See Remarks |
| Cooling Features | None | – | No Cooling |
| Energy Efficient Items | None | – | – |
| Porch/Patio/Deck | None | – | – |
| Roofing Features | – | – | Asphalt Shingle |
| Fireplaces | – | – | – |
| Basement Features | – | – | Unfinished |
| Foundation Features | – | – | – |
| Construction Features | – | – | – |
| Exterior Wall Features | – | – | Vinyl Siding |
| Number of Buildings | – | – | – |
| Number of Units | 2 | 3 | 3 |
| Number of Stories | 2 | 2 | 3 |
| Net Adjustments (%) | | – | – |
| Gross Adjustments (%) | | – | – |
| Net Adjustments | | – | – |
| Net Adjustments Per Sq. Ft. | | – | – |
| Net Adjusted Value | | $275,000 | $360,000 |
| Net Adjusted Value Per Sq. Ft. | | $151 | $160 |
| Comp Weighting | | 20% | 20% |
| Notes from Carlos M Turner | | – | – |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



## Comps Selected
### In Analysis

  

| | | | |
|---|---|---|---|
| Address | 100 Melrose Ave<br>Irvington, NJ 07111 | 308 Myrtle Ave<br>Irvington, NJ 07111 | 233 Myrtle Ave<br>Irvington, NJ 07111 |
| Status | ③ Closed | ④ Closed | ⑤ Closed |
| MLS Name | – | – | – |
| MLS Listing ID | – | – | – |
| Proximity | .14 Mi. W | .15 Mi. SE | .25 Mi. S |
| Value | $257,000 | $315,000 | $250,000 |
| Price Per Sq. Ft. | $123 | $134 | $96 |
| Sale/Finance Concession | | | |
| Property Type | Multifamily/Multiplex | Multifamily/Multiplex | Multifamily/Multiplex |
| Property Subtype | Duplex (2 units | Triplex (3 units | Duplex (2 units |
| Total Rooms | – | – | – |
| Total Rooms Above Grade | – | – | – |
| Bedrooms | – | – | – |
| Bedrooms Above Grade | – | – | – |
| Building Size sq ft range (low) | – | – | – |
| Building Size sq ft range (high) | – | – | – |
| Total Baths | – | – | – |
| Total Baths Above Grade | – | – | – |
| Full Baths | – | – | – |
| Full Baths Above Grade | – | – | – |
| Partial Baths | – | – | – |
| Partial Baths Above Grade | – | – | – |
| Living Area (sq ft) | 2,084 | 2,356 | 2,596 |
| Building Area (sq ft) | 2,084 | 2,356 | 2,596 |
| Living Area Above Grade (sq ft) | – | – | – |
| Basement (sq ft) | | | |
| Finished Rooms Below Grade | – | – | – |
| Lot Size | 3,132 sq ft | 3,916 sq ft | 3,197 sq ft |
| Lot Dimensions | 3132 SF | 3916 SF | 3197 SF |
| Garage | – | – | – |
| Garage (sq ft) | – | – | – |
| Pool | – | – | – |
| Location | – | – | – |
| Tenure | – | – | – |
| View | – | – | – |
| View Factors | – | – | – |
| Style | – | – | – |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## Valuation Workbook

File ID: 226 Isabella Ave, Irvington, NJ 07111

### Comps Selected In Analysis

  

| | 100 Melrose Ave Irvington, NJ 07111 | 308 Myrtle Ave Irvington, NJ 07111 | 233 Myrtle Ave Irvington, NJ 07111 |
|---|---|---|---|
| Address | 100 Melrose Ave Irvington, NJ 07111 | 308 Myrtle Ave Irvington, NJ 07111 | 233 Myrtle Ave Irvington, NJ 07111 |
| Status | 3 Closed | 4 Closed | 5 Closed |
| Quality of Construction | – | – | – |
| Year Built | 1927 | 1924 | 1923 |
| Age | 97 | 100 | 101 |
| Condition | – | – | – |
| Functional Utility | – | – | – |
| Heating Features | – | – | – |
| Cooling Features | – | – | – |
| Energy Efficient Items | – | – | – |
| Porch/Patio/Deck | – | – | – |
| Roofing Features | – | – | – |
| Fireplaces | – | – | – |
| Basement Features | – | – | – |
| Foundation Features | – | – | – |
| Construction Features | – | – | – |
| Exterior Wall Features | – | – | – |
| Number of Buildings | – | – | – |
| Number of Units | 2 | 3 | 2 |
| Number of Stories | 2 | 3 | 2 |
| Net Adjustments (%) | – | – | – |
| Gross Adjustments (%) | – | – | – |
| Net Adjustments | – | – | – |
| Net Adjustments Per Sq. Ft. | – | – | – |
| Net Adjusted Value | $257,000 | $315,000 | $250,000 |
| Net Adjusted Value Per Sq. Ft. | $123 | $134 | $96 |
| Comp Weighting | 20% | 20% | 20% |
| Notes from Carlos M Turner | – | – | – |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



**1** 179 Isabella Ave, Irvington, NJ 07111

MLS Name: –
MLS Listing ID: –



| | Public Facts | Adjustments |
|---|---|---|
| Status | Closed | |
| Proximity | .12 Mi. N | |
| Value | $275,000 | |
| Price Per Sq. Ft. | $151 | |
| Sale/Finance Concession | – | |
| Property Type | Multifamily/Multiplex | |
| Property Subtype | Duplex (2 units | |
| Total Rooms | – | |
| Total Rooms Above Grade | – | |
| Bedrooms | – | |
| Bedrooms Above Grade | – | |
| Building Size sq ft range (low) | – | |
| Building Size sq ft range (high) | – | |
| Total Baths | – | |
| Total Baths Above Grade | – | |
| Full Baths | – | |
| Full Baths Above Grade | – | |
| Partial Baths | – | |
| Partial Baths Above Grade | – | |
| Living Area (sq ft) | 1,824 | |
| Building Area (sq ft) | 1,824 | |
| Living Area Above Grade (sq ft) | – | |
| Basement (sq ft) | – | |
| Finished Rooms Below Grade | – | |
| Lot Size | 3,746 sq ft | |
| Lot Dimensions | 3746 SF | |
| Garage | – | |
| Garage (sq ft) | – | |
| Pool | – | |
| Location | – | |
| Tenure | – | |
| View | – | |
| View Factors | – | |
| Style | – | |
| Quality of Construction | – | |
| Year Built | 1924 | |
| Age | 100 | |
| Condition | – | |
| Functional Utility | – | |
| Heating Features | – | |
| Cooling Features | – | |
| Energy Efficient Items | – | |
| Porch/Patio/Deck | – | |
| Roofing Features | – | |
| Fireplaces | – | |
| Basement Features | – | |







LEGEND: ⬤ Subject Property  ▮
          ⬤ This Property

▮ **Closed**

* Sold Date: 11/8/2023
* Public Record

Closed Price
**$275,000**

Adjusted Price
**$275,000**

Net Adjustments ($ / %)
**– / –**

Gross Adjustments ($ / %)
**– / –**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

RPR

3/19/2024

| | Public Facts | Adjustments |
|---|---|---|
| Foundation Features | – | |
| Construction Features | – | |
| Exterior Wall Features | – | |
| Number of Buildings | – | |
| Number of Units | 3 | |
| Number of Stories | 2 | |



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## 2  268 Vermont Ave, Irvington, NJ 07111





|  | Listing Facts | Adjustments |
|---|---|---|
| Status | Closed | |
| Proximity | .14 Mi. SW | |
| Value | $360,000 | |
| Price Per Sq. Ft. | $160 | |
| Sale/Finance Concession | – | |
| Property Type | Multifamily/Multiplex | |
| Property Subtype | Multi-Family | |
| Total Rooms | 11 | |
| Total Rooms Above Grade | – | |
| Bedrooms | 5 | |
| Bedrooms Above Grade | – | |
| Building Size sq ft range (low) | – | |
| Building Size sq ft range (high) | – | |
| Total Baths | 3.0 | |
| Total Baths Above Grade | – | |
| Full Baths | 3 | |
| Full Baths Above Grade | – | |
| Partial Baths | – | |
| Partial Baths Above Grade | – | |
| Living Area (sq ft) | – | |
| Building Area (sq ft) | – | |
| Living Area Above Grade (sq ft) | – | |
| Basement (sq ft) | – | |
| Finished Rooms Below Grade | – | |
| Lot Size | 3,484 sq ft | |
| Lot Dimensions | 34.37 X 100 | |
| Garage | Detached Garage | |
| Garage (sq ft) | – | |
| Pool | – | |
| Location | – | |
| Tenure | – | |
| View | – | |
| View Factors | – | |
| Style | Three Story | |
| Quality of Construction | – | |
| Year Built | 1927 | |
| Age | 97 | |
| Condition | – | |
| Functional Utility | – | |
| Heating Features | See Remarks | |
| Cooling Features | No Cooling | |
| Energy Efficient Items | – | |
| Porch/Patio/Deck | – | |
| Roofing Features | Asphalt Shingle | |
| Fireplaces | – | |
| Basement Features | Unfinished | |

**LEGEND:** ◉ Subject Property ▪ This Property

■ **Closed**
* Sold Date: 12/8/2023
* MLS Listing 3857646: 8/2/2023

Closed Price
**$360,000**

Adjusted Price
**$360,000**

Net Adjustments ($ / %)
**– / –**

Gross Adjustments ($ / %)
**– / –**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

|  | Listing Facts | Adjustments |
|---|---|---|
| Foundation Features | – | |
| Construction Features | – | |
| Exterior Wall Features | Vinyl Siding | |
| Number of Buildings | – | |
| Number of Units | 3 | |
| Number of Stories | – | |



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

2 Property Photos: 268 Vermont Ave, Irvington, NJ 07111









Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024









Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.









RPR®

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.






**③ 100 Melrose Ave, Irvington, NJ 07111**

MLS Name: –
MLS Listing ID: –

| | Public Facts | Adjustments |
|---|---|---|
| Status | Closed | |
| Proximity | .14 Mi. W | |
| Value | $257,000 | |
| Price Per Sq. Ft. | $123 | |
| Sale/Finance Concession | – | |
| Property Type | Multifamily/Multiplex | |
| Property Subtype | Duplex (2 units | |
| Total Rooms | – | |
| Total Rooms Above Grade | – | |
| Bedrooms | – | |
| Bedrooms Above Grade | – | |
| Building Size sq ft range (low) | – | |
| Building Size sq ft range (high) | – | |
| Total Baths | – | |
| Total Baths Above Grade | – | |
| Full Baths | – | |
| Full Baths Above Grade | – | |
| Partial Baths | – | |
| Partial Baths Above Grade | – | |
| Living Area (sq ft) | 2,084 | |
| Building Area (sq ft) | 2,084 | |
| Living Area Above Grade (sq ft) | – | |
| Basement (sq ft) | – | |
| Finished Rooms Below Grade | – | |
| Lot Size | 3,132 sq ft | |
| Lot Dimensions | 3132 SF | |
| Garage | – | |
| Garage (sq ft) | – | |
| Pool | – | |
| Location | – | |
| Tenure | – | |
| View | – | |
| View Factors | – | |
| Style | – | |
| Quality of Construction | – | |
| Year Built | 1927 | |
| Age | 97 | |
| Condition | – | |
| Functional Utility | – | |
| Heating Features | – | |
| Cooling Features | – | |
| Energy Efficient Items | – | |
| Porch/Patio/Deck | – | |
| Roofing Features | – | |
| Fireplaces | – | |
| Basement Features | – | |









LEGEND: Subject Property

This Property

**■ Closed**

• *Sold Date: 1/30/2024*
• *Public Record*

Closed Price
**$257,000**

Adjusted Price
**$257,000**

Net Adjustments ($ / %)
**– / –**

Gross Adjustments ($ / %)
**– / –**

**RPR**®     Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.          3/19/2024

|  | Public Facts | Adjustments |
|---|---|---|
| Foundation Features | – | |
| Construction Features | – | |
| Exterior Wall Features | – | |
| Number of Buildings | – | |
| Number of Units | 2 | |
| Number of Stories | 2 | |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

## 4 308 Myrtle Ave, Irvington, NJ 07111

MLS Name: –
MLS Listing ID: –

| | Public Facts | Adjustments |
|---|---|---|
| Status | Closed | |
| Proximity | .15 Mi. SE | |
| Value | $315,000 | |
| Price Per Sq. Ft. | $134 | |
| Sale/Finance Concession | – | |
| Property Type | Multifamily/Multiplex | |
| Property Subtype | Triplex (3 units | |
| Total Rooms | – | |
| Total Rooms Above Grade | – | |
| Bedrooms | – | |
| Bedrooms Above Grade | – | |
| Building Size sq ft range (low) | – | |
| Building Size sq ft range (high) | – | |
| Total Baths | – | |
| Total Baths Above Grade | – | |
| Full Baths | – | |
| Full Baths Above Grade | – | |
| Partial Baths | – | |
| Partial Baths Above Grade | – | |
| Living Area (sq ft) | 2,356 | |
| Building Area (sq ft) | 2,356 | |
| Living Area Above Grade (sq ft) | – | |
| Basement (sq ft) | – | |
| Finished Rooms Below Grade | – | |
| Lot Size | 3,916 sq ft | |
| Lot Dimensions | 3916 SF | |
| Garage | – | |
| Garage (sq ft) | – | |
| Pool | – | |
| Location | – | |
| Tenure | – | |
| View | – | |
| View Factors | – | |
| Style | – | |
| Quality of Construction | – | |
| Year Built | 1924 | |
| Age | 100 | |
| Condition | – | |
| Functional Utility | – | |
| Heating Features | – | |
| Cooling Features | – | |
| Energy Efficient Items | – | |
| Porch/Patio/Deck | – | |
| Roofing Features | – | |
| Fireplaces | – | |
| Basement Features | – | |







LEGEND: Subject Property

This Property

■ **Closed**

• *Sold Date: 2/13/2024*
• *Public Record*

Closed Price

# $315,000

Adjusted Price

# $315,000

Net Adjustments ($ / %)

## – / –

Gross Adjustments ($ / %)

## – / –

 RPR®

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

24-22264-shl   Doc 29-5   Filed 06/26/24   Entered 06/26/24 22:06:12   Exhibit E - RC
Valuation Workbook Real Estate   Pg 27 of 48

File ID: 226 Isabella Ave, Irvington, NJ 07111

|  | Public Facts | Adjustments |
|---|---|---|
| Foundation Features | – | |
| Construction Features | – | |
| Exterior Wall Features | – | |
| Number of Buildings | – | |
| Number of Units | 3 | |
| Number of Stories | 3 | |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**5** 233 Myrtle Ave, Irvington, NJ 07111

MLS Name: –
MLS Listing ID: –

| | Public Facts | Adjustments |
|---|---|---|
| Status | Closed | |
| Proximity | .25 Mi. S | |
| Value | $250,000 | |
| Price Per Sq. Ft. | $96 | |
| Sale/Finance Concession | – | |
| Property Type | Multifamily/Multiplex | |
| Property Subtype | Duplex (2 units | |
| Total Rooms | – | |
| Total Rooms Above Grade | – | |
| Bedrooms | – | |
| Bedrooms Above Grade | – | |
| Building Size sq ft range (low) | – | |
| Building Size sq ft range (high) | – | |
| Total Baths | – | |
| Total Baths Above Grade | – | |
| Full Baths | – | |
| Full Baths Above Grade | – | |
| Partial Baths | – | |
| Partial Baths Above Grade | – | |
| Living Area (sq ft) | 2,596 | |
| Building Area (sq ft) | 2,596 | |
| Living Area Above Grade (sq ft) | – | |
| Basement (sq ft) | – | |
| Finished Rooms Below Grade | – | |
| Lot Size | 3,197 sq ft | |
| Lot Dimensions | 3197 SF | |
| Garage | – | |
| Garage (sq ft) | – | |
| Pool | – | |
| Location | – | |
| Tenure | – | |
| View | – | |
| View Factors | – | |
| Style | – | |
| Quality of Construction | – | |
| Year Built | 1923 | |
| Age | 101 | |
| Condition | – | |
| Functional Utility | – | |
| Heating Features | – | |
| Cooling Features | – | |
| Energy Efficient Items | – | |
| Porch/Patio/Deck | – | |
| Roofing Features | – | |
| Fireplaces | – | |
| Basement Features | – | |







LEGEND: Subject Property

This Property

**Closed**

* Sold Date: 9/22/2023
* Public Record

Closed Price
**$250,000**

Adjusted Price
**$250,000**

Net Adjustments ($ / %)
**– / –**

Gross Adjustments ($ / %)
**– / –**


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

| | Public Facts | Adjustments |
|---|---|---|
| Foundation Features | – | |
| Construction Features | – | |
| Exterior Wall Features | – | |
| Number of Buildings | – | |
| Number of Units | 2 | |
| Number of Stories | 2 | |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Local Market Conditions: Summary

The Local Market Conditions tables summarize trends and statistics in the local market: properties similar in size in the area around the subject property in the Sales Comparison Analysis.

Results shown in this report are derived from a search of MLS records for 3 to 5 bedroom, 2 to 4 bathroom, 1,482 to 2,472 sq. ft., multifamily/multiplex listings located within 0.8 miles of the subject property.

| Inventory Analysis | Last 7-12 Months (6-month period) | Trend (span) | | Last 4-6 Months (3-month period) | Trend (span) | | Last 3 Months (3-month period) | Trend (Total) | |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 56 | 100% | ➡️ | 28 | 139% | ⬆️ | 39 | 139% | ⬆️ |
| Absorption Rate (sales/month) | 9.33 | 100% | ➡️ | 9.33 | 139% | ⬆️ | 13 | 139% | ⬆️ |
| Total # of Active Listings (on last day) | 79 | 90% | ⬇️ | 71 | 52% | ⬇️ | 37 | 47% | ⬇️ |
| Months of Housing Supply | 8.5 | 90% | ⬇️ | 7.6 | 37% | ⬇️ | 2.8 | 34% | ⬇️ |
| | | | | | | | | | |
| Median Comp Sales Price | $466,898 | 109% | ➡️ | $512,500 | 101% | ➡️ | $520,000 | 128% | ⬆️ |
| Median Comp Sales Days in RPR | 162 | 77% | ⬇️ | 125 | 49% | ⬇️ | 61 | 38% | ⬇️ |
| Median Comp Listing Price | $499,000 | 102% | ➡️ | $510,000 | 117% | ⬆️ | $599,000 | 120% | ⬆️ |
| Median Comp Listing Days in RPR | – | – | | – | – | | – | – | |
| Median Sales Price as % of List Price | 1% | 100% | ➡️ | 1% | 100% | ➡️ | 1% | 100% | ➡️ |

| Comparable Properties in Local Market | Currently for Sale | Sales Within the Last 12 Months |
|---|---|---|
| Count | 8 | 14 |
| Range | $499K – $830K | $315K – $900K |
| Average | $654,125 | $565,857 |
| Median | $617,500 | $550,000 |

| Property Attributes | Minimum | Maximum | Average |
|---|---|---|---|
| Year Built | 1894 | 2024 | 1934 |
| Living Area (sq ft) | – | 9,999 | 2,383 |
| Lot Size | – | 5,728 | 1,858 |
| # Samples | 204 | – | – |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## Local Market Conditions: Sales of Similar-Size Properties

These tables show the sales trends for properties similar in size in the area around the subject property in the Sales Comparison Analysis, calculated in variations that include and exclude distressed listings.

Results shown in this report are derived from a search of MLS records for 3 to 5 bedroom, 2 to 4 bathroom, 1,482 to 2,472 sq. ft., multifamily/multiplex listings located within 0.8 miles of the subject property.

| INCLUDING Distressed Listings | Last 7-12 Months (6-month period) | Trend (span) | | Last 4-6 Months (3-month period) | Trend (span) | | Last 3 Months (3-month period) | Trend (Total) | |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 56 | 100% | → | 28 | 139% | ↑ | 39 | 139% | ↑ |
| Absorption Rate (sales/month) | 9.33 | 100% | → | 9.33 | 139% | ↑ | 13 | 139% | ↑ |
| Total # of Active Listings (on last day) | 79 | 90% | ↓ | 71 | 52% | ↓ | 37 | 47% | ↓ |
| Months of Housing Supply | 8.5 | 90% | ↓ | 7.6 | 37% | ↓ | 2.8 | 34% | ↓ |
| | | | | | | | | | |
| Median Comp Sales Price | $466,898 | 109% | → | $512,500 | 101% | → | $520,000 | 128% | ↑ |
| Median Comp Sales Days in RPR | 162 | 77% | ↓ | 125 | 49% | ↓ | 61 | 38% | ↓ |
| Median Comp Listing Price | $499,000 | 102% | → | $510,000 | 117% | ↑ | $599,000 | 120% | ↑ |
| Median Comp Listing Days in RPR | – | | | – | | | – | | |
| Median Sales Price as % of List Price | 1% | 100% | → | 1% | 100% | → | 1% | 100% | → |

### WITHOUT Distressed Listings

| | Last 7-12 Months | | | Last 4-6 Months | | | Last 3 Months | | |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 56 | 100% | → | 28 | 139% | ↑ | 39 | 139% | ↑ |
| Absorption Rate (sales/month) | 9.33 | 100% | → | 9.33 | 139% | ↑ | 13 | 139% | ↑ |
| Total # of Active Listings (on last day) | 79 | 90% | ↓ | 71 | 52% | ↓ | 37 | 47% | ↓ |
| Months of Housing Supply | 8.5 | 90% | ↓ | 7.6 | 37% | ↓ | 2.8 | 34% | ↓ |
| | | | | | | | | | |
| Median Comp Sales Price | $466,898 | 109% | → | $512,500 | 101% | → | $520,000 | 128% | ↑ |
| Median Comp Sales Days in RPR | 162 | 77% | ↓ | 125 | 49% | ↓ | 61 | 38% | ↓ |
| Median Comp Listing Price | $499,000 | 102% | → | $510,000 | 117% | ↑ | $599,000 | 120% | ↑ |
| Median Comp Listing Days in RPR | – | | | – | | | – | | |
| Median Sales Price as % of List Price | 1% | 100% | → | 1% | 100% | → | 1% | 100% | → |

### ONLY Distressed Listings

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sales | – | – | | – | – | | – | – | |
| Absorption Rate (sales/month) | – | – | | – | – | | – | – | |
| Total # of Active Listings (on last day) | – | – | | – | – | | – | – | |
| Months of Housing Supply | – | – | | – | – | | – | – | |
| | | | | | | | | | |
| Median Comp Sales Price | – | – | | – | – | | – | – | |
| Median Comp Sales Days in RPR | – | – | | – | – | | – | – | |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024



24-22264-shl    Doc 29-5    Filed 06/26/24    Entered 06/26/24 22:06:12    Exhibit E - RC
Valuation Workbook Real Estate    Pg 32 of 48

File ID: 226 Isabella Ave, Irvington, NJ 07111

| | | | | | | |
|---|---|---|---|---|---|---|
| Median Comp Listing Price | – | – | – | – | – | – |
| Median Comp Listing Days in RPR | – | – | – | – | – | – |
| Median Sales Price as % of List Price | – | – | – | – | – | – |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024



## Price per Square Foot

This graph compares the local market's median estimated home value per square foot with sample properties in the market.

■ Price / sq ft
■ Trend



## Median Sales Price

This graph compares the local market's median sales price with the sales price for the sample properties in the market.

■ Sale Price
■ Trend



## Total Sales and Listings

This graph compares the number of sales with the number of listings in the local market.

■ Listings
■ Sales



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## List Price vs. Sales Price

This graph compares the median listing price with the sales price in the local market.

- Listing Price
- Sales Price



## Median Days in RPR

This graph displays the median days in RPR in the local market.

- Days in RPR



## Sales Price vs. RVM

This graph compares the sales price with the RVM in the local market.

- RVM
- Sales Price



## Months Supply of Housing Inventory

This chart shows the trend in housing inventory in the local market.

- Inventory



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## Absorption Rate

This chart shows the trend in absorption rate in the local market.

■ Absorption Rate

3% ·································································

2% ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
Feb                                                                    Mar
'24                                                                    '24

 **RPR**
Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024



# General Market Health Charts

## Median Estimated Home Value vs. Median Listing Price

This chart compares a ZIP code's median estimated home value with the median listing price of Active listings. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Estimated Value
■ Median List Price



## Median Sales Price vs. Sales Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Sales Price Public Records
■ Median Sales Price Listings
■ Sales Volume Public Records
■ Sales Volume Listings




Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


3/19/2024

## Median Listing Price vs. Listing Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median List Price
■ Listing Volume



## Listing Inventory

This chart shows the number of For Sale listings in a ZIP code by Property Type.

Data Source: On- and off-market listings sources

Update Frequency: Daily

■ ZIP Count Listings by PropertyType



## Price per Bedroom of Comps Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per bedroom in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ This Property

$116K  1


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

RE/MAX SELECT

## Median Sales Price by Square Footage

1,977 sq. ft.    $463,893

This chart shows the median price of homes reported sold in the past six months, according to the size of the living space (square footage sourced from public records). The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as non-disclosure states) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ This Property

## Price Range of Comps Sold

$464K    1

This chart shows the distribution of homes reported sold in the past three months within different price ranges in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data is unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records data

Update Frequency: Daily

■ This Property

## Price per Square Foot of Comps Sold

$234    1

This chart shows the distribution of homes reported sold in the past three months at different prices per square foot.

Data Source: Public records data

Update Frequency: Daily

■ This Property

## Age Range of Comps Sold

98 yrs    1

This chart shows the distribution of homes reported sold in the past three months of different age ranges in the area of your search.

Data Source: Public records data

Update Frequency: Daily

■ This Property

## Number of Bedrooms in Homes Sold

This chart shows the distribution of homes reported sold in the past three months, compared by the number of bedrooms, in the area of your search.

Data Source: Public records data

Update Frequency: Daily

Sales Count by Bedroom

| 0 | 38 |

## Inventory of Distressed Listings

This chart shows the count of distressed properties (all stages of foreclosure) that are for sale in a ZIP code.

Data Source: MLS data where licensed

Update Frequency: Daily

Inventory of Distressed Listings

| Pre-Foreclosure | 1 |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

# Market Snapshot: All Single Detached Homes Within 0.8 miles

Results shown in this report are derived from a search of MLS records for 3 to 5 bedroom, 2 to 4 bathroom, 1,482 to 2,472 sq. ft., multifamily/multiplex listings located within 0.8 miles of the subject property.



| LEGEND: | 🏠 Subject Property | ⬤ Pending | ⬤ For Sale or For Lease | ⬤ Distressed | ⬛ Recent Sale |
|---------|--------------------|-----------|-------------------------|--------------|---------------|

| | | Last 7-12 Months (6-month period) | Last 4-6 Months (3-month period) | Last 3 Months (3-month period) |
|---|---|---|---|---|
| ⬤ | Active Listings | 124 | 132 | 108 |
| ◎ | Pending Sales | 45 | 61 | 71 |
| ⬛ | Expired Listings | 11 | 5 | – |
| ⬛ | Recent Sales | 56 | 28 | 39 |
| ⬤ | Distressed Properties | – | – | – |

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

## Active Listings: 19



| Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Listing Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 New** Listing Courtesy of Garden State MLS | | | | | | | | | | | |
| **630 S 19th St** | ● Active | 3/16/2024 | 3891221 | Multifamily/Multiplex | 6/4 | 3,128 | 3,049 | 2006 | 3/16/2024 | $749,000 | $239 |
| **2 New** Listing Courtesy of Garden State MLS | | | | | | | | | | | |
| **18 Alexander St** | ● Active | 3/14/2024 | 3891365 | Multifamily/Multiplex | 7/3 | 2,119 | 3,920 | 1909 | 3/14/2024 | $599,300 | $283 |
| **3 New** Listing Courtesy of New Jersey MLS Inc. | | | | | | | | | | | |
| **50 Oak Ave** | ● Active | 3/14/2024 | 24007645 | Multifamily/Multiplex | 6/2 | 1,954 | 2,496 | 1953 | 3/14/2024 | $498,900 | $255 |
| **4 New** Listing Courtesy of New Jersey MLS Inc. | | | | | | | | | | | |
| **492 S 19th St** | ● Active | 3/13/2024 | 24007523 | Multifamily/Multiplex | 6/3 | 2,133 | 2,500 | 1900 | 3/13/2024 | $499,000 | $234 |
| **5 New** Listing Courtesy of New Jersey MLS Inc. | | | | | | | | | | | |
| **32 Grand Ave, #34** | ● Active | 3/13/2024 | 24007530 | Multifamily/Multiplex | 8/5 | 2,556 | 4,134 | 1915 | 3/13/2024 | $1,200,000 | $469 |
| **6 New** Listing Courtesy of Garden State MLS | | | | | | | | | | | |
| **73 Brookdale Ave** | ● Active | 3/8/2024 | 3889803 | Multifamily/Multiplex | 7/4 | 1,200 | 2,178 | 2024 | 3/8/2024 | $805,000 | $671 |
| **7 New** Listing Courtesy of New Jersey MLS Inc. | | | | | | | | | | | |
| **14 Ricord St, #16** | ● Active | 3/7/2024 | 24006844 | Multifamily/Multiplex | 4/2 | 1,615 | 4,661 | 1912 | 3/7/2024 | $479,000 | $297 |
| **8 New** Listing Courtesy of Garden State MLS | | | | | | | | | | | |
| **633 S 19th St** | ● Active | 3/7/2024 | 3889700 | Multifamily/Multiplex | 6/3 | 2,902 | 2,613 | 1909 | 3/7/2024 | $575,000 | $198 |

## Active Listings: 19 (continued)

| Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Listing Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **9 New** Listing Courtesy of New Jersey MLS Inc. | | | | | | | | | | | |

 **RPR**
Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

| 85 22nd St | ● Active | 3/5/2024 | 24007395 | Multifamily/Multiplex | 8/4 | 2,242 | – | 1923 | 3/5/2024 | $575,000 | $256 |

⑩ **New** *Listing Courtesy of New Jersey MLS Inc.*

| 122 W End Ave | ● Active | 2/27/2024 | 24005724 | Multifamily/Multiplex | 7/3 | 2,340 | 3,598 | 1923 | 2/27/2024 | $549,000 | $235 |

⑪ **New** *Listing Courtesy of New Jersey MLS Inc.*

| 139 Isabella Ave, #141 | ● Active | 2/27/2024 | 24007033 | Multifamily/Multiplex | 9/4 | 2,913 | 4,129 | 1920 | 2/27/2024 | $535,000 | $184 |

⑫ *Listing Courtesy of New Jersey MLS Inc.*

| 26 Dassing Ave, #28 | ● Active | 2/16/2024 | 24005084 | Multifamily/Multiplex | 5/4 | 2,064 | 5,001 | 1907 | 2/16/2024 | $620,000 | $300 |

⑬ *Listing Courtesy of New Jersey MLS Inc.*

| 739 S 19th St, #741 | ● Active | 2/16/2024 | 24004753 | Multifamily/Multiplex | 6/5 | &ndash; | 3,720 | – | 2/16/2024 | $829,999 | – |

⑭ *Listing Courtesy of Garden State MLS*

| 739 S 19th St | ● Active | 2/16/2024 | 3886388 | Multifamily/Multiplex | 6/5 | 4,767 | 3,920 | 2024 | 2/16/2024 | $829,999 | $174 |

⑮ *Listing Courtesy of New Jersey MLS Inc.*

| 653 S 19th St | ● Active | 2/13/2024 | 24004409 | Multifamily/Multiplex | 7/2 | &ndash; | 2,426 | – | 2/13/2024 | $539,000 | – |

⑯ *Listing Courtesy of Garden State MLS*

| 125 Columbia Ave | ● Active | 2/9/2024 | 3885325 | Multifamily/Multiplex | 7/3 | 2,301 | 3,049 | 1922 | 2/9/2024 | $550,000 | $239 |

⑰ *Listing Courtesy of Garden State MLS*

| 52 Tremont Ter | ● Active | 2/1/2024 | 3884244 | Multifamily/Multiplex | 7/5 | 2,520 | 3,484 | 1970 | 2/1/2024 | $615,000 | $244 |

⑱ *Listing Courtesy of New Jersey MLS Inc.*

| 60 Cummings St | ● Active | 1/24/2024 | 24002352 | Multifamily/Multiplex | 6/2 | 2,341 | 2,971 | 1894 | 1/24/2024 | $499,000 | $213 |

⑲ *Listing Courtesy of New Jersey MLS Inc.*

| 84 Columbia Ave | ● Active | 1/18/2024 | 24001876 | Multifamily/Multiplex | 9/6 | 3,300 | 2,500 | 1910 | 1/18/2024 | $750,000 | $227 |

 **RPR**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

## Pending Sales: 19



| | Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Listing Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **253 Ellis Ave** | Pending | 2/14/2024 | 24004443 | Multifamily/Multiplex | 6/3 | 2,662 | 2,496 | 1925 | 2/14/2024 | $449,000 | $169 |
| 2 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **216 Isabella Ave** | Pending | 2/8/2024 | 24004004 | Multifamily/Multiplex | 9/4 | 2,500 | 3,676 | 1927 | 2/8/2024 | $598,900 | $240 |
| 3 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **214 19th Ave** | Pending | 2/7/2024 | 24003847 | Multifamily/Multiplex | 6/5 | 2,648 | 2,496 | 2007 | 2/7/2024 | $515,000 | $194 |
| 4 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **316 16th Ave** | Pending | 2/7/2024 | 24003848 | Multifamily/Multiplex | 8/5 | 2,614 | 2,500 | 2005 | 2/7/2024 | $525,000 | $201 |
| 5 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **70 Norwood St** | Pending | 1/29/2024 | 24002991 | Multifamily/Multiplex | 8/5 | 2,485 | 2,500 | 2007 | 1/29/2024 | $665,000 | $268 |
| 6 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **260 Vermont Ave** | Pending | 1/26/2024 | 24002909 | Multifamily/Multiplex | 5/3 | 2,206 | 2,997 | 1953 | 1/26/2024 | $537,000 | $243 |
| 7 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **94 W Allen St** | Pending | 1/25/2024 | 24002917 | Multifamily/Multiplex | 6/5 | 4,104 | 6,669 | 1928 | 1/25/2024 | $660,000 | $161 |
| 8 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **580 S 18th St** | Pending | 1/7/2024 | 24000642 | Multifamily/Multiplex | 6/5 | 3,136 | 3,528 | 2006 | 1/7/2024 | $609,900 | $194 |

## Pending Sales: 19 (continued)

| | Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Listing Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |

 **RPR**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

**684 S 20th St** — Pending — 1/2/2024 — 24000082 — Multifamily/Multiplex — 6/2 — 2,044 — 2,500 — 1915 — 1/2/2024 — $540,000 — $264

*Listing Courtesy of New Jersey MLS Inc.*

**240 Orange Ave** — Pending — 12/22/2023 — 23037995 — Multifamily/Multiplex — 4/3 — 2,208 — 3,646 — 1959 — 12/22/2023 — $600,000 — $272

*Listing Courtesy of New Jersey MLS Inc.*

**367 14th Ave** — Pending — 12/16/2023 — 23037638 — Multifamily/Multiplex — 4/2 — 1,448 — 2,217 — 1905 — 12/16/2023 — $449,900 — $311

*Listing Courtesy of Garden State MLS*

**197 21st St** — Pending — 12/10/2023 — 3877803 — Multifamily/Multiplex — 4/3 — 2,132 — 2,613 — 1927 — 12/10/2023 — $439,000 — $206

*Listing Courtesy of New Jersey MLS Inc.*

**11 Isabella Ave, #13** — Pending — 12/9/2023 — 23037116 — Multifamily/Multiplex — 8/3 — 3,202 — – — – — 12/9/2023 — $550,000 — $172

*Listing Courtesy of New Jersey MLS Inc.*

**477 S 19th St** — Pending — 12/6/2023 — 23036782 — Multifamily/Multiplex — 7/3 — 2,492 — 2,500 — 1919 — 12/6/2023 — $579,000 — $232

*Listing Courtesy of New Jersey MLS Inc.*

**116 19th Ave** — Pending — 11/29/2023 — 23036178 — Multifamily/Multiplex — 6/5 — &ndash; — 2,496 — – — 11/29/2023 — $699,999 — –

*Listing Courtesy of New Jersey MLS Inc.*

**25 22nd St, #27** — Pending — 11/27/2023 — 23036022 — Multifamily/Multiplex — 6/3 — 2,800 — 7,501 — 1953 — 11/27/2023 — $550,000 — $196

*Listing Courtesy of New Jersey MLS Inc.*

**449 14th Ave** — Pending — 11/17/2023 — 23036174 — Multifamily/Multiplex — 5/2 — 1,580 — 2,496 — 1913 — 11/17/2023 — $335,000 — $212

*Listing Courtesy of Garden State MLS*

**254 22nd St** — Pending — 11/9/2023 — 3873858 — Multifamily/Multiplex — 10/6 — 4,451 — 4,791 — 1928 — 11/9/2023 — $949,000 — $213

*Listing Courtesy of New Jersey MLS Inc.*

**31 Harrison Pl** — Pending — 11/1/2023 — 23033621 — Multifamily/Multiplex — 6/8 — 2,656 — 6,700 — 1989 — 11/1/2023 — $499,999 — $188

 **RPR**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 

3/19/2024

## Expired Listings: 2



| | Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Listing Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Listing Courtesy of Monmouth Ocean Regional REALTORS® | | | | | | | | | | | |
| | **594 S 20th St** | Expired | 3/14/2024 | 22122206 | Multifamily/Multiplex | 8/5 | 2,552 | 2,613 | 2007 | 7/8/2021 | $550,000 | $216 |
| 2 | Listing Courtesy of Garden State MLS | | | | | | | | | | | |
| | **294 21st St, Apt 1** | Expired | 2/25/2024 | 3861485 | Multifamily/Multiplex | 3/1 | 1,742 | 1,742 | 1898 | 8/25/2023 | $1,950 | $1 |


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 

3/19/2024

Recent Sales: 14



| | Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Closed Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **526 S 20th St, #528** | ■ Closed | 3/13/2024 | 23036095 | Multifamily/Multiplex | 5/4 | 2,620 | 3,759 | 1925 | 11/20/2023 | $550,000 | $210 |
| 2 | *Listing Courtesy of Garden State MLS* | | | | | | | | | | | |
| | **11 Cliff Hill Pl** | ■ Closed | 3/10/2024 | 3873479 | Multifamily/Multiplex | 5/4 | 1,953 | 2,613 | 1911 | 11/7/2023 | $315,000 | $161 |
| 3 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **11 Montrose Ter** | ■ Closed | 3/9/2024 | 23027373 | Multifamily/Multiplex | 6/2 | 2,226 | 2,496 | 1929 | 9/5/2023 | $500,000 | $225 |
| 4 | *Listing Courtesy of Garden State MLS* | | | | | | | | | | | |
| | **739 S 18th St** | ■ Closed | 3/7/2024 | 3881681 | Multifamily/Multiplex | 6/4 | 2,920 | 3,484 | 1999 | 1/16/2024 | $429,000 | $147 |
| 5 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **187 Munn Ave** | ■ Closed | 3/6/2024 | 23029152 | Multifamily/Multiplex | 7/4 | 3,480 | 4,099 | 1927 | 9/19/2023 | $640,000 | $184 |
| 6 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **168 Carolina Ave** | ■ Closed | 3/4/2024 | 23036029 | Multifamily/Multiplex | 4/3 | 2,516 | 3,838 | 1953 | 11/27/2023 | $478,000 | $190 |
| 7 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **87 21st St** | ■ Closed | 3/2/2024 | 23033068 | Multifamily/Multiplex | 5/2 | 1,857 | 3,167 | 1953 | 10/20/2023 | $595,000 | $320 |
| 8 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **498 S 18th St** | ■ Closed | 2/29/2024 | 23031050 | Multifamily/Multiplex | 8/6 | &ndash; | 1,668 | – | 10/6/2023 | $899,999 | – |
| 9 | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | | |
| | **99 Columbia Ave** | ■ Closed | 2/23/2024 | 23033942 | Multifamily/Multiplex | 9/3 | 3,692 | 2,500 | 1915 | 11/3/2023 | $670,000 | $181 |

Recent Sales: 14 (continued)

| Address | Status | Date | Listing ID | Prop Type | Bed /Ba | Living Area (sq ft) | Lot Size (sq ft) | Year Built | Listing Date | Closed Price | Price Per Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|


Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

3/19/2024

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⑩ | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | |
| **546 S 18th St, #548** | | Closed | 2/22/2024 | 23027028 | Multifamily/Multiplex | 6/2 | 1,440 | 5,001 | 1910 | 8/31/2023 | $500,000 | $347 |
| ⑪ | *Listing Courtesy of Garden State MLS* | | | | | | | | | | |
| **546 S 18th St** | | Closed | 2/21/2024 | 3861995 | Multifamily/Multiplex | 6/2 | 1,500 | 5,227 | 1910 | 8/29/2023 | $500,000 | $333 |
| ⑫ | *Listing Courtesy of Garden State MLS* | | | | | | | | | | |
| **147 Isabella Ave** | | Closed | 2/20/2024 | 3856756 | Multifamily/Multiplex | 6/5 | &ndash; | 2,613 | 2023 | 7/28/2023 | $720,000 | – |
| ⑬ | *Listing Courtesy of New Jersey MLS Inc.* | | | | | | | | | | |
| **9 Montrose Ter** | | Closed | 2/18/2024 | 23035364 | Multifamily/Multiplex | 4/3 | 2,006 | – | – | 11/11/2023 | $550,000 | $274 |
| ⑭ | *Listing Courtesy of Garden State MLS* | | | | | | | | | | |
| **25 Sharon Ave** | | Closed | 2/16/2024 | 3874444 | Multifamily/Multiplex | 9/4 | 3,525 | 2,613 | 1914 | 11/13/2023 | $575,000 | $163 |

⊗ **RPR**

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



3/19/2024

# About RPR (Realtors Property Resource)



- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.
- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.
- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.
- This report has been provided to you by a member of the NAR.

# About RPR's Data

RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:



- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.
- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records.
- **Market conditions and forecasts** based on listing and public records data.
- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.
- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.
- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.
- **School data and reviews** from Niche.
- **Specialty data sets** such as walkability scores, traffic counts and flood zones.

# Update Frequency

- Listings and public records data are updated on a continuous basis.
- Charts and statistics calculated from listing and public records data are refreshed monthly.
- Other data sets range from daily to annual updates.

# Learn more

For more information about RPR, please visit RPR's public website: https://blog.narrpr.com





 Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.     3/19/2024